Fill in this information to identify the case:

United States Bankruptcy Court for the:

_____ Western District of Texas _____

Case number (if known): _____  Chapter ___11___

☐ Check if this is an
   amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**06/22**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | Zip Top, Inc. |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Finell Co., LLC<br>Zip Top, LLC<br>Zip Top |
| **3. Debtor's federal Employer Identification Number (EIN)** | 3 7 – 1 9 1 6 5 4 4 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 12400 W Highway 71 Ste 350-304<br>Number    Street | Number    Street |
| Bee Cave, TX 78738-6517<br>City          State    ZIP Code | City          State   ZIP Code |
| Travis<br>County | **Location of principal assets, if different from principal place of business**<br>Saddle Creek Corporation<br>440 Joe Tamplin Industrial Blvd.<br>Number    Street<br>Macon, GA 31217<br>City          State   ZIP Code |

| | |
|---|---|
| **5. Debtor's website (URL)** | www.ziptop.com |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    Zip Top, Inc.
          Name                                                    Case number (if known)

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
   4    4    2    2

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                  MM / DD / YYYY

         District _____ When _____ Case number _____
                                  MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

         District _____ When _____
                                            MM / DD / YYYY

         Case number, if known _____

Debtor    Zip Top, Inc.
_____          Case number *(if known)* _____
　　　　Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>　　Number　　　Street<br><br>_____<br>　　City　　　　　State　　ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>　　　　　Contact name _____<br>　　　　　Phone _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49　　☐ 50-99　　　☐ 1,000-5,000　　☐ 5,001-10,000　　☐ 25,001-50,000　☐ 50,000-100,000<br>☐ 100-199　☐ 200-999　　☐ 10,001-25,000　　　　　　　　　　　☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000　　　　　☐ $1,000,001-$10 million　　☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000　　☑ $10,000,001-$50 million　☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000　☐ $50,000,001-$100 million　☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million　☐ $100,000,001-$500 million☐ More than $50 billion |

| Debtor | Zip Top, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __10/02/2023__
MM/ DD/ YYYY

X __/s/ Scott Robertson__     __Scott Robertson__
Signature of authorized representative of debtor     Printed name

Title __CEO__

**18. Signature of attorney**

X __/s/ Frank B Lyon__     Date __10/02/2023__
Signature of attorney for debtor     MM/ DD/ YYYY

__Frank B Lyon__
Printed name

__Frank B Lyon__
Firm name

__PO Box 50210__
Number          Street

__Austin__          __TX__     __78763-0210__
City          State     ZIP Code

_____          __frank@franklyon.com__
Contact phone          Email address

__12739800__          __TX__
Bar number          State

**Fill in this information to identify the case:**

Debtor Name   **Zip Top, Inc.**

United States Bankruptcy Court for the:   **Western**   District of   **Texas**
(State)

Case number (If known):

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   | --- | --- | --- | --- |
   | 3.1. **Bank of America** | **Checking account** | **2  4  6  0** | **$15,556.40** |

4. **Other cash equivalents** *(Identify all)*

   | 4.1 **Pay Pal** | | | **$1,124.10** |
   | --- | --- | --- | --- |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   **$16,680.50**

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1

   7.2

Debtor  __**Zip Top, Inc.**_____  Case number *(if known)* _____
      Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1  de Beaubien, Simmons, Knight, Mantzaris Y Neal LLP - Retainer _____  $2,440.00

9. **Total of Part 2**  $2,440.00

   Add lines 7 through 8. Copy the total to line 81.

| **Part 3:** | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.
   ☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

11. **Accounts receivable**

| | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | $120,954.60 | - | unknown | =....➡ | $120,954.60 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | $379.71 | - | unknown | =....➡ | $379.71 |
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3**  $121,334.31

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| **Part 4:** | Investments |
|---|---|

13. **Does the debtor own any investments?**

   ☑ No. Go to Part 5.
   ☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

   14.1 _____  _____  _____

   14.2 _____  _____  _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:                          % of ownership:

   15.1 _____  _____  _____  _____

   15.2 _____  _____  _____  _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

   16.1 _____  _____  _____

   16.2 _____  _____  _____

Debtor    **Zip Top, Inc.**

Name

Case number *(if known)*

---

| 17. | **Total of Part 4** | | | | |
|---|---|---|---|---|---|
| | Add lines 14 through 16. Copy the total to line 83. | | | | |

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18.  Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  Raw materials** | MM / DD / YYYY | | | |
| **20.  Work in progress** | MM / DD / YYYY | | | |
| **21.  Finished goods, including goods held for resale** | | | | |
| Inventory of finished goods with Deliverr | MM / DD / YYYY | $166,855.27 | Book value using average costing | $166,855.27 |
| Inventory of finished goods with NLI International | MM / DD / YYYY | $111,716.99 | Book value using average costing | $111,716.99 |
| Inventory of finished goods with Quarantine | MM / DD / YYYY | $24,411.82 | Book value using average costing | $24,411.82 |
| Inventory of finished goods with ShipBob | MM / DD / YYYY | $46,775.59 | Book value using average costing | $46,775.59 |
| Inventory of finished goods with Amazon | MM / DD / YYYY | $73,007.54 | Book value using average costing | $73,007.54 |
| Inventory of finished goods in Saddle Creek facility | 12/20/2022 MM / DD / YYYY | $2,600,000.00 | Book value using average costing | $2,600,000.00 |
| **22.  Other inventory or supplies** | | | | |
| Packaging materials at Saddle Creek facility | 12/20/2022 MM / DD / YYYY | $1,300,000.00 | Book value using average costing | $1,300,000.00 |

| 23. | **Total of Part 5** | | | $4,322,767.21 |
|---|---|---|---|---|
| | Add lines 19 through 22. Copy the total to line 84. | | | |

**24.  Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

Debtor    __Zip Top, Inc.__                                 Case number *(if known)* _____

          Name

---

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 6:** | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | _____ | _____ | _____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | _____ | _____ | _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | _____ | _____ | _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | _____ | _____ | _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | _____ | _____ | _____ |

33. **Total of Part 6**

     Add lines 28 through 32. Copy the total to line 85.                                        | _____ |

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

     ☐ No

     ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

Debtor  **Zip Top, Inc.**  Case number (if known) _____
Name

---

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Bestbuy laptop | $1,326.07 | book | $1,326.07 |
| Apple laptop | $1,289.57 | Book | $1,289.57 |
| Surface Laptop | $408.88 | Book | $408.88 |
| Apple Laptop | $1,367.84 | Book | $1,367.84 |
| Apple Mac | $0.17 | Book | $350.00 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1 _____

42.2 _____

42.3 _____

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

$4,742.36

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 8:**  Machinery, equipment, and vehicles

---

**Schedule A/B: Assets — Real and Personal Property**

Debtor    **Zip Top, Inc.**
Name

Case number *(if known)*

---

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | _____ | _____ | _____ |
| 47.2 _____ | _____ | _____ | _____ |
| 47.3 _____ | _____ | _____ | _____ |
| 47.4 _____ | _____ | _____ | _____ |
| **48.** **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | _____ | _____ | _____ |
| 48.2 _____ | _____ | _____ | _____ |
| **49.** **Aircraft and accessories** | | | |
| 49.1 _____ | _____ | _____ | _____ |
| 49.2 _____ | _____ | _____ | _____ |
| **50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Tooling in process - Molex | $682,000.00 | Book | $682,000.00 |
| Other tools | $1,453,203.00 | Book | $1,453,203.00 |

**51.** **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

$2,135,203.00

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 9: | Real property |
|---|---|

**54.** **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

---

Debtor    __Zip Top, Inc._____          Case number *(if known)* _____
          Name

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56. **Total of Part 9**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.          | _____ |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

    ☑ No

    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No. Go to Part 11.

    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br><br>    __See attached list of US Patents_____ | unknown | _____ | unknown |
| 61. **Internet domain names and websites**<br><br>    __See attached list of domain names_____ | unknown | _____ | unknown |
| 62. **Licenses, franchises, and royalties**<br><br>    _____ | _____ | _____ | _____ |
| 63. **Customer lists, mailing lists, or other compilations**<br><br>    __Customer email mailing list_____ | unknown | _____ | unknown |
| 64. **Other intangibles, or intellectual property**<br><br>    _____ | _____ | _____ | _____ |
| 65. **Goodwill** | | | |

| Debtor | **Zip Top, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**66.** **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**71.** **Notes receivable**

Description (include name of obligor)

_____  Total face amount — doubtful or uncollectible amount = ➡

**72.** **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

GAAP loss Tax year **Various** **$11,008,576.00**

**73.** **Interests in insurance policies or annuities**

Sentinel Insurance Company Ltd., Commercial General Liability, Automobile Liability, Umbrella Liability **$1.00**

Hartford Accident and Indemnity Company, Workers Comp **$1.00**

Federal Insurance Company, D&O Liability **$1.00**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

Lawsuit against SC Johnson **unknown**

Nature of claim Patent infringement

Amount requested $0.00

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Debtor     __Zip Top, Inc._____     Case number *(if known)* _____
                Name

**Nature of claim**     _____

**Amount requested**     _____

76.   **Trusts, equitable or future interests in property**
      _____

77.   **Other property of any kind not already listed** *Examples:* Season
      tickets, country club membership
      _____

      _____

78.   **Total of Part 11**
      Add lines 71 through 77. Copy the total to line 90.                                    | $11,008,579.00 |

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ☑ No
      ☐ Yes

---

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80.  **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $16,680.50 | |
| 81.  **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,440.00 | |
| 82.  **Accounts receivable.** *Copy line 12, Part 3.* | $121,334.31 | |
| 83.  **Investments.** *Copy line 17, Part 4.* | | |
| 84.  **Inventory.** *Copy line 23, Part 5.* | $4,322,767.21 | |
| 85.  **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86.  **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,742.36 | |
| 87.  **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,135,203.00 | |
| 88.  **Real property.** *Copy line 56, Part 9* ............................................... ➡ | | |
| 89.  **Intangibles and intellectual property.** *Copy line 66, Part 10.* | unknown | |
| 90.  **All other assets.** *Copy line 78, Part 11.* | + $11,008,579.00 | |
| 91.  **Total.** *Add lines 80 through 90 for each column* ...................91a. | $17,611,746.38 | + 91b. |
| 92.  **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................... | | $17,611,746.38 |

Fill in this information to identify the case:

Debtor name ___Zip Top, Inc.___

United States Bankruptcy Court for the: ___Western___ District of ___Texas___
(State)

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** **Creditor's name** LSQ Funding Group, L.C. **Creditor's mailing address** 315 East Robinson Street Suite 200 Orlando, FL 32801 **Creditor's email address, if known** | **Describe debtor's property that is subject to a lien** Inventory of finished goods in Saddle Creek facility, Inventory of finished goods with Amazon, Packaging materials at Saddle Creek facility, Inventory of finished goods with Deliverr, Inventory of finished goods with NLI International, Inventory of finished goods with Quarantine, Inventory of finished goods with ShipBob | $1,400,000.00 | $4,322,767.21 |

**Date debt was incurred**    04/19/2021

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

For Inventory of finished goods in Saddle Creek facility: **1) LSQ Funding Group, L.C.**; 2) Saddle Creek Corporation; For Packaging materials at Saddle Creek facility: **1) LSQ Funding Group, L.C.**; 2) Saddle Creek Corporation

**Describe the lien**
Ucc-1 - Delaware

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $1,604,511.83

Debtor  Zip Top, Inc.

Name

Case number (if known) _____

---

| **Part 1:** | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.2** **Creditor's name**

Saddle Creek Corporation

**Creditor's mailing address**

PO Box 530614

Atlanta, GA 30353

**Creditor's email address, if known**

_____

**Date debt was incurred**  03/30/2023

**Last 4 digits of account number**  __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines _2.1_

**Describe debtor's property that is subject to a lien**

Inventory of finished goods in Saddle Creek facility, Packaging materials at Saddle Creek facility

          $204,511.83      $3,900,000.00

**Describe the lien**

Warehouseman's lien under GA law

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Remarks:** Storage facility 440 Joe Tamplin Industrial Blvd., Macon, GA 31217

---

Official Form 206D            Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page _2_ of _2_

Fill in this information to identify the case:

Debtor name _____ Zip Top, Inc. _____

United States Bankruptcy Court for the:

_____ Western District of Texas _____

Case number (if known): _____

☐ Check if this is an
amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   - ☑ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**2.2** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Debtor  **Zip Top, Inc.**  Case number *(if known)* _____
_____
Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|----------------------------------------------------|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address

**American Express**

**Attention: Correspondence/Bankruptcy**

**PO Box 981540**

**El Paso, TX 79998**

Date or dates debt was incurred _____

Last 4 digits of account number __1_ _0_ _0_ _9_

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit cards**

Is the claim subject to offset?
☑ No
☐ Yes

$127,426.66

---

**3.2** Nonpriority creditor's name and mailing address

**American Express**

**Attention: Correspondence/Bankruptcy**

**PO Box 981540**

**El Paso, TX 79998**

Date or dates debt was incurred _____

Last 4 digits of account number __5_ _0_ _0_ _9_

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit cards**

Is the claim subject to offset?
☑ No
☐ Yes

$89,554.81

---

**3.3** Nonpriority creditor's name and mailing address

**Attentive Mobile Inc.**

**221 River Street 9th Floor**

**Hoboken, NJ 07030**

Date or dates debt was incurred __03/31/2023__

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing**

Is the claim subject to offset?
☑ No
☐ Yes

$3,443.74

---

**3.4** Nonpriority creditor's name and mailing address

**CHEP**

**PO Box Box 281033**

**Atlanta, GA 30384**

Date or dates debt was incurred __06/15/2023__

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Freight**

Is the claim subject to offset?
☑ No
☐ Yes

$35.10

Debtor     **Zip Top, Inc.**
           Name                                                         Case number *(if known)*

| Part 2: | Additional Page |
|---|---|

**3.5** Nonpriority creditor's name and mailing address

**CLO Company**

**c/o Vance Ecklund**

**7696 Highway Suite 183-A #1**

**Leander, TX 78641**

Date or dates debt was incurred        **09/28/2023**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:                    $1,200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

**Cole International**

**PO Box 2718, STN. Calgary AB T2P 3C2 Canada**

Date or dates debt was incurred        **09/28/2023**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:                    $905.09
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Freight**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address

**Commerce Hub**

**800 Troy-Schendectady Rd Ste 100**

**Latham, NY 12110**

Date or dates debt was incurred        _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:                    $213.20
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Freight**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

**Coresearch Inc.**

**PO Box 412175**

**Boston, MA 02241-2175**

Date or dates debt was incurred        **08/27/2022**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:                    $39,750.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Brand protection**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   __Zip Top, Inc.__
     Name

Case number *(if known)* _____

---

**Part 2:**   Additional Page

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$85,296.02** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Dentons US LLP

2398 E Camelback Road Suite 850

Phoenix, AZ 85016-9007

Date or dates debt was incurred   __04/22/2022__

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Attorneys__

**Is the claim subject to offset?**
☑ No
☐ Yes

**$85,296.02**

---

**3.10 Nonpriority creditor's name and mailing address**

DFE Direct Investments 18, LLC

Attn: Jason Stiles

7600 E. Doubletree Ranch Rd. Suite 300

Scottsdale, AZ 85258

Date or dates debt was incurred   __03/07/2022__

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Convertible note__

**Is the claim subject to offset?**
☑ No
☐ Yes

**$5,000,000.00**

---

**3.11 Nonpriority creditor's name and mailing address**

Echo Global Logistics

22168 Network Place

Chicago, IL 60673

Date or dates debt was incurred   __09/27/2023__

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Logistics__

**Is the claim subject to offset?**
☑ No
☐ Yes

**$6,372.89**

---

**3.12 Nonpriority creditor's name and mailing address**

Expo West

24654 Network Place

Chicago, IL 60673-1246

Date or dates debt was incurred   __04/08/2022__

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade shows__

**Is the claim subject to offset?**
☑ No
☐ Yes

**$24,939.60**

---

Debtor    **Zip Top, Inc.**        Case number *(if known)* _____
      Name

---

**Part 2:**   Additional Page

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$56.70** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Fern Exposition Services LLC

Linn Street

Cincinnati, OH 45203

Date or dates debt was incurred    01/30/2023

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade show expenses

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$56.70**

---

**3.14**   **Nonpriority creditor's name and mailing address**

First Delta Group Inc.

727 Hastings Drive

Buffalo Grove, IL 60089

Date or dates debt was incurred    12/12/2022

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Sales rep

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$37.74**

---

**3.15**   **Nonpriority creditor's name and mailing address**

Flexport International LLC

760 Market Street 8th Floor

San Francisco, CA 94102

Date or dates debt was incurred    05/25/2023

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** E commerce fulfilment

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$28,848.20**

---

**3.16**   **Nonpriority creditor's name and mailing address**

Gelson's Markets

PO Box 512256

Los Angeles, CA 90051-0256

Date or dates debt was incurred    01/31/2022

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customer

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$2,107.37**

---

| Debtor | **Zip Top, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

## Part 2: Additional Page

### 3.17

**Nonpriority creditor's name and mailing address**

Google LLC

PO Box 39000

San Francisco, CA 94139

Date or dates debt was incurred    08/30/2023

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    $6,340.36
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Advertising

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.18

**Nonpriority creditor's name and mailing address**

Happy Returns Inc.

12200 W. Olympic Blvd Suite 145

Los Angeles, CA 90064

Date or dates debt was incurred    10/01/2023

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    $250.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Return logistics

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.19

**Nonpriority creditor's name and mailing address**

ID.me

Remittance

PO Box 392625

Pittsburgh, PA 15251-3625

Date or dates debt was incurred    11/30/2022

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    $5,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Discount verification
**Basis for the claim:**  software

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.20

**Nonpriority creditor's name and mailing address**

Impact Tech, Inc.

223 E De La Guerra Street

Santa Barbara, CA 93101

Date or dates debt was incurred    08/10/2023

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    $4,797.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Marketing software

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  __Zip Top, Inc._____  Case number *(if known)* _____
　　　　　Name

## Part 2: Additional Page

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,260.30 |

**3.21** Nonpriority creditor's name and mailing address

ION Exhibits

700 District Drive

Itasca, IL 60143

Date or dates debt was incurred __03/28/2023__

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $2,260.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade show expenses__

Is the claim subject to offset?
☑ No
☐ Yes

**3.22** Nonpriority creditor's name and mailing address

Jim Brzezinski

809 Jessie Stret

Austin, TX 78704

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $250,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Convertible note__

Is the claim subject to offset?
☑ No
☐ Yes

**3.23** Nonpriority creditor's name and mailing address

John McCollough

507 West Avenue

Austin, TX 78701

Date or dates debt was incurred __03/07/2022__

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $100,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Convertible note__

Is the claim subject to offset?
☑ No
☐ Yes

**3.24** Nonpriority creditor's name and mailing address

Kreller

817 Main Stret Suite 700

Cincinnati, OH 45202

Date or dates debt was incurred __02/27/2023__

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $2,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Brand protection__

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Zip Top, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

## Part 2: Additional Page

**3.25**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $250,000.00 |
|---|---|---|
| Kristina O'Rourke | *Check all that apply.* | |
| | ☑ Contingent | |
| 3005 Agave Loop | ☑ Unliquidated | |
| Round Rock, TX 78681 | ☐ Disputed | |
| | **Basis for the claim:** Convertible note | |
| Date or dates debt was incurred    03/07/2022 | **Is the claim subject to offset?** | |
| | ☑ No | |
| Last 4 digits of account number    __ __ __ __ | ☐ Yes | |

**3.26**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $50,000.00 |
|---|---|---|
| Landon Thalman | *Check all that apply.* | |
| | ☑ Contingent | |
| 720 W. 570 S. | ☑ Unliquidated | |
| Richfield, UT 84701 | ☐ Disputed | |
| | **Basis for the claim:** Convertible note | |
| Date or dates debt was incurred    03/22/2022 | **Is the claim subject to offset?** | |
| | ☑ No | |
| Last 4 digits of account number    __ __ __ __ | ☐ Yes | |

**3.27**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $351.37 |
|---|---|---|
| London Drugs Limited | *Check all that apply.* | |
| | ☐ Contingent | |
| 12831 Horseshoe PL | ☐ Unliquidated | |
| Richmond, BC, Canada, | ☐ Disputed | |
| | **Basis for the claim:** Customer | |
| Date or dates debt was incurred    12/06/2022 | **Is the claim subject to offset?** | |
| | ☑ No | |
| Last 4 digits of account number    __ __ __ __ | ☐ Yes | |

**3.28**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,200.00 |
|---|---|---|
| Modern Silicone Technologies, Inc. | *Check all that apply.* | |
| c/o Aron Grunfeld | ☑ Contingent | |
| | ☑ Unliquidated | |
| 4202 Rutgers Lane | ☑ Disputed | |
| Northbrook, IL 60062 | **Basis for the claim:** Manufacturing | |
| | **Is the claim subject to offset?** | |
| Date or dates debt was incurred    03/03/2023 | ☑ No | |
| Last 4 digits of account number    __ __ __ __ | ☐ Yes | |

Debtor    __Zip Top, Inc._____        Case number *(if known)* _____
                Name

| Part 2: | Additional Page |

**3.29** Nonpriority creditor's name and mailing address

Net Suite Inc

15612 Collections Center Drive

Chicago, IL 60693

Date or dates debt was incurred    __09/16/2023__

Last 4 digits of account number    __2__ __9__ __6__ __4__

Remarks: Contract expires 10/10/23

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Software__

Is the claim subject to offset?
☑ No
☐ Yes

$10,167.14

---

**3.30** Nonpriority creditor's name and mailing address

NLI International (3PL)

1515 Drew Road, Mississaga, ON L5S 1Y8 Canada

Date or dates debt was incurred    __08/06/2023__

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Fulfillment services in Canada__

Is the claim subject to offset?
☑ No
☐ Yes

$1,520.17

---

**3.31** Nonpriority creditor's name and mailing address

PMR, Inc.

PO Box 624

Wisconsin Rapids, WI 54495-0624

Date or dates debt was incurred    __04/30/2023__

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Sales rep__

Is the claim subject to offset?
☑ No
☐ Yes

$406.93

---

**3.32** Nonpriority creditor's name and mailing address

Pope, Shamsie & Dooley LLP

5332 Thunder Creek Road

Austin, TX 78759

Date or dates debt was incurred    __06/30/2022__

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Tax accountants__

Is the claim subject to offset?
☑ No
☐ Yes

$94,210.00

| Debtor | **Zip Top, Inc.** | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

---

**3.33** | **Nonpriority creditor's name and mailing address**

Principal Life Insurance Company

PO Box 10333

Des Moines, IA 50306

Date or dates debt was incurred  08/18/2023

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**  **$1,096.48**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Dental, vision & life insurance for employees**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address**

Rebecca Finell

13421 Saddle Back Pass

Austin, TX 78738

Date or dates debt was incurred  05/16/2023

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**  **$82.06**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Report**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address**

Rebecca Finell

13421 Saddle Back Pass

Austin, TX 78738

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**  **$500,000.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Convertible note**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address**

Revenue Roll

180 Central Park SMB

New York, NY

Date or dates debt was incurred  02/28/2023

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**  **$5,701.59**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing software**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **Zip Top, Inc.**
_____     Case number *(if known)* _____
Name

---

**Part 2:** Additional Page

---

**3.37** Nonpriority creditor's name and mailing address

**Ross 2000 Revocable Trust**

**Attn: Mike Ross, Trustee**

**15902 Cheteau Ave.**

**Austin, TX 78734**

Date or dates debt was incurred    03/07/2022

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:          $400,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Convertible note

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.38** Nonpriority creditor's name and mailing address

**Seller Rocket**

**5042 N. 800 E**

**New Carlisle, IN 46552**

Date or dates debt was incurred    10/28/2022

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:          $2,345.19
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Marketing & advertising

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.39** Nonpriority creditor's name and mailing address

**Sladen Grubert Beard PLLC**

**401 Congress Avenue Suite 1900**

**Austin, TX 78701**

Date or dates debt was incurred    08/21/2021

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:          $330,232.47
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  IP Attorneys

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.40** Nonpriority creditor's name and mailing address

**SPS Commerce**

**PO Box 205782**

**Dallas, TX 75320-5782**

Date or dates debt was incurred    08/31/2023

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:          $2,450.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Logistics software

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor      __Zip Top, Inc._____          Case number *(if known)* _____
                Name

| Part 2: | Additional Page |

### 3.41 Nonpriority creditor's name and mailing address

**Spur Capital, LLC**

**441 B Road**

**Ten Sleep, WY 82442**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**    **$2,250,000.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Convertible note__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.42 Nonpriority creditor's name and mailing address

**Steven Sherwood Trust Dated September 8, 1994 and Sherwood Family, LLC**

**9606 N Mopac Expwy Suite 500**

**Austin, TX 78759**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**    **$1,750,000.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Convertible note__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.43 Nonpriority creditor's name and mailing address

**Welch LLP**

**123 Slater Street, 3rd Floor, Ottowa ON K1P 5H2 Canada 3rd Floor**

**Ottowa,**

Date or dates debt was incurred  __08/31/2023__

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**    **$2,474.86**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Canadian accountants__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.44 Nonpriority creditor's name and mailing address

**Whitebox Technologies, Inc.**

**1010 Swan Creek Drive #1**

**Curtis Bay, MD 21226**

Date or dates debt was incurred  __12/26/2022__

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**    **$47,077.83**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Marketing__

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **Zip Top, Inc.**_____     Case number *(if known)*_____
          Name

| Part 2: | Additional Page |
|---|---|

**3.45** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,176.33** |

**Wolgemuth & Associates**

**1010 Swan Creek Drive #1**

**Curtis Bay, MD 21226**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    **06/29/2023**

**Basis for the claim:**  **Sales rep**

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,511.54** |

**Yotpo Inc.**

**400 Lafayette Street 4th Floor**

**New York, NY 10003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    **07/15/2023**

**Basis for the claim:**  **Software**

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **Zip Top, Inc.**                                      Case number *(if known)* _____
_____
             Name

<div style="background:black;color:white">**Part 4:**</div> Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. **Total claims from Part 2** | 5b. **+** | **$11,486,339.99** |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$11,486,339.99** |

| Fill in this information to identify the case: |
| --- |
| Debtor name     Zip Top, Inc. |
| United States Bankruptcy Court for the:    Western District of Texas |
| Case number (if known): _____  Chapter ___11___ |

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases     12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.   Does the debtor have any executory contracts or unexpired leases?

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.1** State what the contract or lease is for and the nature of the debtor's interest    Storage | Saddle Creek Logistics Services |
|   | PO Box 530614 |
| State the term remaining    10 months | Atlanta, GA 30353 |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest    Storage | NLI Solutions |
|   | 1515 Drew Road, Mississaug, ON L5S 1Y8, Canada |
| State the term remaining    0 months | |
| List the contract number of any government contract    Month to Month | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest    Storage | Ship Bob |
|   | 120 N Racine Avenue Suite 100 |
| State the term remaining    0 months | Chicago, IL 60607 |
| List the contract number of any government contract    Month to Month | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest    Netsuite | Oracle Netsuite |
|   | 15612 Collections Center Drive |
| State the term remaining    1 months | Chicago, IL 60693 |
| List the contract number of any government contract | |

Fill in this information to identify the case:

Debtor name __**Zip Top, Inc.**__

United States Bankruptcy Court for the: _____**Western**_____ District of _____**Texas**_____
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

| 1. | **Does the debtor have any codebtors?** |
|---|---|
|  | ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
|  | ☑ Yes |

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | _Check all schedules that apply:_ |
| 2.1 Finell Co., LLC | 12400 W Highway 71 Ste 350-304 <br> Street <br><br> Bee Cave, TX 78738-6517 <br> City          State          ZIP Code | LSQ Funding Group, L.C. | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.2 Rebecca Finell | 13421 Saddle Back Pass <br> Street <br><br> Austin, TX 78738 <br> City          State          ZIP Code | American Express <br><br><br> American Express <br><br><br> LSQ Funding Group, L.C. | ☐ D <br> ☑ E/F <br> ☐ G <br> ☐ D <br> ☑ E/F <br> ☐ G <br> ☑ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street <br><br><br> City          State          ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street <br><br><br> City          State          ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

| Debtor | **Zip Top, Inc.** | Case number (if known) | |
|--------|-------------------|------------------------|--|
| | Name | | |

| | Additional Page if Debtor Has More Codebtors |
|--|-----------------------------------------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|--|------------------------|--|------------------------|--|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | _____ | _____ Street _____ _____ City   State   ZIP Code | _____ | ❑ D  ❑ E/F  ❑ G |
| 2.6 | _____ | _____ Street _____ _____ City   State   ZIP Code | _____ | ❑ D  ❑ E/F  ❑ G |

**Fill in this information to identify the case:**

Debtor name _____ Zip Top, Inc. _____

United States Bankruptcy Court for the:

_____ Western District of Texas _____

Case number (if known): _____   Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1:**  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*...........................................................................................

   | $0.00 |

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.........................................................................................

   | $17,611,746.38 |

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...........................................................................................

   | $17,611,746.38 |

**Part 2:**  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   | $1,604,511.83 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................

   | $0.00 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................................

   | + $11,486,339.99 |

4. **Total liabilities**.........................................................................................................................
   Lines 2 + 3a + 3b

   | $13,090,851.82 |

Fill in this information to identify the case:

Debtor name _____Zip Top, Inc._____

United States Bankruptcy Court for the:
_____Western District of Texas_____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:  Income

**1.   Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2023 to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $1,800,000.00 |
| **For prior year:** From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $7,328,769.00 |
| **For the year before that:** From 01/01/2021 to 12/31/2021<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $14,981,148.00 |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2023 to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY   MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** From 01/01/2021 to 12/31/2021<br>MM/ DD/ YYYY   MM/ DD/ YYYY | _____ | _____ |

Debtor ___Zip Top, Inc._____ Case number (if known)_____
     Name

| **Part 2:** | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

**3.**    **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |
| **3.1.** American Express National Bank<br>Creditor's name<br><br>43 Butterfield Circle<br>Street<br><br><br>El Paso, TX 79906<br>City     State   ZIP Code | 07/19/2023<br><br>07/24/2023<br><br>08/21/2023<br><br>09/25/2023 | $13,388.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other Payment Plan |
| **3.2.** Avalara<br>Creditor's name<br><br>6465 Greenwood Plaza Boulevard Suite 200<br>Street<br><br><br>Centennial, CO 80111<br>City     State   ZIP Code | 07/05/2023<br><br>07/21/2023<br><br>08/04/2023<br><br>08/23/2023<br><br>09/07/2023<br><br>09/21/2023 | $11,783.57 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| **3.3.** Oracle Netsuite<br>Creditor's name<br><br>15612 Collections Center Drive<br>Street<br><br><br>Chicago, IL 60693<br>City     State   ZIP Code | 07/18/2023 | $10,167.14 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| **3.4.** Sana Benefits<br>Creditor's name<br><br>PO Box 66067 #3577<br>Street<br><br><br>Dallas, TX 75266<br>City     State   ZIP Code | 07/03/2023<br><br>07/31/2023<br><br>08/31/2023 | $27,653.90 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other Employee Medical Insurance |

**4.**    **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
| --- | --- | --- | --- |

Debtor _____ Zip Top, Inc. _____     Case number *(if known)* _____
                Name

4.1.  American Express                           7/19/2023 -        $13,388.00        Payment Plan
      Creditor's name                            9/25/2023

      43 Butterfield Circle
      Street

      Attention: Correspondence/Bankruptcy

      El Paso, TX 79906
      City                    State      ZIP Code

      | Relationship to debtor |
      
      Rebecca Finell - personal guaranty

## 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. Engel Machinery, Inc. <br> Creditor's name <br><br> 3740 Board Road <br> Street <br><br><br> York, PA 17406 <br> City          State      ZIP Code | Engle duo 1560/500 US - 235428 Engle duo 1560/500 US - 235429 Engle victory 1060/340 US - 235456 Engle victory 160/340 US - 235457 Engle victory 1060/340 US - 235458 Engle victory 1060/340 US - 235459 | 03/16/2023 | $1,037,719.00 |

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. Costco Wholesale <br> Creditor's name <br><br> PO Box 34340 <br> Street <br><br><br> Seattle, WA 98124 <br> City          State      ZIP Code | Offset of $32,000 owed by Debtor to Costco against amounts owing to Debtor by Costco <br><br> XXXX– __ __ __ __ | September 2023 | $32,000.00 |

---

**Part 3:**  Legal Actions or Assignments

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Modern Silicone Technologies, Inc. v Zip Top, Inc. <br><br> **Case number** <br><br> 8:23-cv-00994 | Collection | United States District Court Middle District of Florida Tampa Division <br> Name <br><br> 801 N. Florida Avenue <br> Street <br><br> Sam M. Gibbons United States Courthouse <br> Tampa, FL 33602 <br> City          State      ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |

| 7.2. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Zip Top, Inc. v. S.C. Johnson & Son, Inc. | Patent Infringement | United States District Court for the Northern District of Illinois Eastern Division <br> Name <br> 219 S. Dearborn Street <br> Street <br> Everett McKinley Dirksen United States Courthouse <br> Chicago, IL 60604 <br> City        State     ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> 1:22-cv-05028 | | | |

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name <br><br> Street <br><br> City        State     ZIP Code | **Case title** <br><br> **Case number** <br><br> **Date of order or assignment** | **Court name and address** <br> Name <br> Street <br> City        State     ZIP Code |

---

**Part 4:   Certain Gifts and Charitable Contributions**

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Be Original Americas <br> Recipient's name <br> 665 Broadway Suite 704 <br> Street <br><br> New York, NY 10012 <br> City        State     ZIP Code | | 01/2022 | $1,650.00 |
| | **Recipient's relationship to debtor** <br> NONE | | | |

---

**Part 5:   Certain Losses**

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. _____ | _____ | _____ | _____ |

## Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

11.1.

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| Frank B Lyon | Retainer | 09/25/2023 | $20,000.00 |
| **Address** | Replenish retainer | 10/02/2023 | $12,500.00 |
| PO Box 50210<br>Street | Ch 11 Filing Fee | 10/02/2023 | $1,738.00 |
| Austin, TX 78763-0210<br>City                State      ZIP Code | | | |
| **Email or website address** | | | |
| _____ | | | |
| **Who made the payment, if not debtor?** | | | |
| _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☒ None

12.1.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| **Trustee** | | | |
| _____ | | | |

Debtor _____Zip Top, Inc._____     Case number (if known)_____
                Name

**13.  Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Address** | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | | | | |

---

**Part 7:**  Previous Locations

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | | Dates of occupancy |
|---|---|---|
| 14.1. | 13501 Galleria Circle Suite 220 | From November 2020  To September 2022 |
| | Street | |
| | Austin, TX 78738 | |
| | City          State     ZIP Code | |

---

**Part 8:**  Health Care Bankruptcies

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

---

Debtor _____ Zip Top, Inc. _____ Case number *(if known)* _____
    Name

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | _____ | _____ |
| _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____ _____ _____<br>City   State  ZIP Code | _____<br>_____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

## Part 9:  Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

      Does the debtor have a privacy policy about that information?

      ☐ No

      ☐ Yes

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.

    ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Finell Co LLC 401(k) Plan | EIN:  3 7 – 1 9 1 6 5 4 4 |

    Has the plan been terminated?

    ☑ No

    ☐ Yes

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 Wells Fargo<br>Name<br><br>P.O. Box 9210<br>Street<br><br>Des Moines, IA 50306-9210<br>City   State  ZIP Code | XXXX– 7 9 9 1 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | $0.00 |

Zip Top, Inc.
Name
Case number *(if known)*

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City    State    ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | NLI Solutions | Debtor | Finished goods | ☐ No |
| | Name | | | ☑ Yes |
| | 1515 Drew Road, Mississaug, ON L5S 1Y8, Canada | | | |
| | Street | Address | | |
| | City    State    ZIP Code | | | |

| 20.2 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | ShipBob East | Debtor | Finished goods | ☐ No |
| | Name | | | ☑ Yes |
| | 125 Edgeware Rd | | | |
| | Street | Address | | |
| | Brampton, ON L6Y 5L9 Canada, IL | | | |
| | City    State    ZIP Code | | | |

| 20.3 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | Amazon | Debtor | Finished goods | ☐ No |
| | Name | | | ☑ Yes |
| | various locations | | | |
| | Street | Address | | |
| | City    State    ZIP Code | | | |

Debtor    Zip Top, Inc.
          Name                                                          Case number (if known)

| 20.4 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | Deliverr | Debtor | Finished goods | ☐ No |
| | Name | | | ☑ Yes |
| | various locations | | | |
| | Street | **Address** | | |
| | City          State     ZIP Code | | | |

| 20.5 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | Saddle Creek Corporation | Debtor; LSQ Funding Group | Finished goods; packaging | ☐ No |
| | Name | | materials | ☑ Yes |
| | 440 Joe Tamplin Industrial Blvd | | | |
| | Street | **Address** | | |
| | Macon, GA 31217 | | | |
| | City          State     ZIP Code | | | |

| 20.6 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | Quarantine | Debtor | Finished goods | ☐ No |
| | Name | | | ☑ Yes |
| | various locations | | | |
| | Street | **Address** | | |
| | City          State     ZIP Code | | | |

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name | | | |
| Street | | | |
| City          State     ZIP Code | | | |

**Part 12:**  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

Debtor    Zip Top, Inc.                                                      Case number (*if known*)
          Name

- ■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- ■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
|  | Name | | ☐ Pending |
| **Case number** | | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | | | |
| | City          State    ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| | | | |
| City      State   ZIP Code | City       State   ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| | | | |
| City      State   ZIP Code | City       State   ZIP Code | | |

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor  Zip Top, Inc.                                     Case number (*if known*)
         Name

| Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|

25.1.

Name

Street

City            State    ZIP Code

EIN: __ __ – __ __ __ __ __ __ __

**Dates business existed**

From _____  To _____

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Kristy O'Rourke<br>Name<br><br>3005 Agave Loop<br>Street<br><br>Round Rock, TX 78681<br>City          State          ZIP Code | October<br>From 2019   To Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1.<br>Name<br><br>Street<br><br>City          State          ZIP Code | From _____   To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Kristy O' Rourke<br>Name<br><br>3005 Agave Loop<br>Street<br><br>Round Rock, TX 78681<br>City          State          ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
| --- |

26d.1. LSQ Funding Group, L.C.
Name

315 East Robinson Street Suite 200
Street

Orlando, FL 32801
City        State        ZIP Code

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| Saddle Creek Corporation | 12/2022 | $3,901,413.01 |

| Name and address of the person who has possession of inventory records |
| --- |

27.1. Saddle Creek Corporation
Name

PO Box 530614
Street

Atlanta, GA 30353
City        State        ZIP Code

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| NLI International | | $111,716.99 |

| Name and address of the person who has possession of inventory records |
| --- |

27.2. NLI International
Name

1515 Drew Road, Mississaug, ON L5S 1Y8, Canada
Street

City        State        ZIP Code

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| ShipBob | | $46,775.59 |

| Name and address of the person who has possession of inventory records |
| --- |

27.3. ShipBob
Name

120 N Racine Avenue Suite 100
Street

Chicago, IL 60607
City        State        ZIP Code

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| LSQ Funding Group | 8/2023 | $0.00 |

| **Name and address of the person who has possession of inventory records** |
|---|

27.4. LSQ Funding Group, L.C.
Name

315 East Robinson Street Suite 200
Street

_____

Orlando, FL 32801
City                        State            ZIP Code

| **Name of the person who supervised the taking of the inventory** | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
|---|---|---|
| Amazon | | $73,007.54 |

| **Name and address of the person who has possession of inventory records** |
|---|

27.5. Amazon
Name

various locations
Street

_____

City                        State            ZIP Code

| **Name of the person who supervised the taking of the inventory** | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
|---|---|---|
| Deliverr | various | $166,855.27 |

| **Name and address of the person who has possession of inventory records** |
|---|

27.6. Deliverr
Name

various locations
Street

_____

City                        State            ZIP Code

| **Name of the person who supervised the taking of the inventory** | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
|---|---|---|
| Quarantine | various | $24,411.82 |

| **Name and address of the person who has possession of inventory records** |
|---|

27.7. Quarantine
Name

various locations
Street

_____

City                        State            ZIP Code

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Scott Robertson | 2716 Cascade Falls Drive Austin, TX 78738 | CEO, Stockholder, Director | 0.02% |
| Kristy O'Rourke | 3005 Agave Loop Round Rock, TX 78681 | CFO, Stockholder | 0.02% |

Debtor    Zip Top, Inc.                                                    Case number (if known) _____
          Name

| Rebecca Finell | 13421 Saddle Back Pass Austin, TX 78738 | Director, Stockholder, Director | 60.02% |
| Tracy Hays | 260 County Road 262 Georgetown, TX 78633 | Director, Stockholder | 0.30% |
| Samuel Schmidt | 37 Rue Mediterra Drive Henderson, NV 89011 | Director, Stockholder | 4.51% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Terence Thompson | 7600 E. Doubletree Ranch Road Suite 300 Scottsdale, AZ 85258 | Director. | From 03/2022 To 09/20/2023 |
| Monte K. Lee-Wen | 9001 Marly Cv Austin, TX 78733 | Director, Stockholder | From 2019 To 12/2022 |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. Scott Robertson<br>Name<br>2716 Cascade Falls Dr<br>Street<br><br>Austin, TX 78738<br>City        State        ZIP Code | $197,916.75 | various - see attached list | Payroll |

**Relationship to debtor**

CEO: Director

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.2. Scott Robertson<br>Name<br>2716 Cascade Falls Dr<br>Street<br><br>Austin, TX 78733<br>City        State        ZIP Code | $4,164.07 | various - see attached list | Expense reimbursements |

**Relationship to debtor**

CEO, Director

Debtor     23-10832-smr   Doc#1   Filed 10/02/23   Entered 10/02/23 14:24:23   Main Document   Pg 48 of 77
Zip Top, Inc.                                 Case number *(if known)*
Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.3. Rebecca Finell<br>Name<br><br>13421 Saddle Back Pass<br>Street<br><br><br>Austin, TX 78738<br>City       State       ZIP Code | $79,103.97 | various - see attached list | Salary |
| **Relationship to debtor**<br><br>Founder, Director | | | |
| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| 30.4. Kristy O'Rourke<br>Name<br><br>3005 Agave Loop<br>Street<br><br><br>Round Rock, TX 78681<br>City       State       ZIP Code | $122,135.44 | various -see attached lsit | Salary |
| **Relationship to debtor**<br><br>CFO | | | |
| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| 30.5. Kristy O'Rourke<br>Name<br><br>3005 Agave Loop<br>Street<br><br><br>Round Rock, TX 78681<br>City       State       ZIP Code | $23.00 | various - see attached list | |
| **Relationship to debtor** | | | |
| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| 30.6. Melissa Robertson<br>Name<br><br>2716 Cascade Falls Dr<br>Street<br><br><br>Austin, TX 78733<br>City       State       ZIP Code | $50,000.00 | various - see attached list | Salary |
| **Relationship to debtor**<br><br>Marketing and Customer Service Manager; wife of Scott Robertson, CEO/Director | | | |

Debtor    Zip Top, Inc.                                                                Case number (if known)
          Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.7. Melissa Robertson<br>Name<br><br>2716 Cascade Falls Dr<br>Street<br><br><br>Austin, TX 78733<br>City                State        ZIP Code | $1,622.62 | various--see attached lsit | Expense reimbursements |

| Relationship to debtor |
|---|
| Marketing and Customer Service Manager; wife of Scott Robertson CEO/Director |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| Finell Co., LLC | EIN: 4 6 – 1 8 0 2 9 2 5 |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| Finell Co LLC (401(K) Plan | EIN: 3 7 – 1 9 1 6 5 4 4 |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____10/02/2023_____
              MM/  DD/  YYYY

**X** /s/ Scott Robertson                                    Printed name _____Scott Robertson_____
   Signature of individual signing on behalf of the debtor

   Position or relationship to debtor _____CEO_____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
</table>

Debtor name _____ Zip Top, Inc. _____

United States Bankruptcy Court for the:

_____ Western District of Texas _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 American Express Attention: Correspondence/Bankruptcy PO Box 981540 El Paso, TX 79998 | | Credit cards | | | | $127,426.66 |
| 2 American Express Attention: Correspondence/Bankruptcy PO Box 981540 El Paso, TX 79998 | | Credit cards | | | | $89,554.81 |
| 3 Coresearch Inc. PO Box 412175 Boston, MA 02241-2175 | | Brand protection | | | | $39,750.75 |
| 4 Dentons US LLP 2398 E Camelback Road Suite 850 Phoenix, AZ 85016-9007 | | Attorneys | | | | $85,296.02 |
| 5 Echo Global Logistics 22168 Network Place Chicago, IL 60673 | | Logistics | | | | $6,372.89 |
| 6 Expo West 24654 Network Place Chicago, IL 60673-1246 | | Trade shows | | | | $24,939.60 |
| 7 Flexport International LLC 760 Market Street 8th Floor San Francisco, CA 94102 | | E commerce fulfilment | | | | $28,848.20 |
| 8 Google LLC PO Box 39000 San Francisco, CA 94139 | | Advertising | | | | $6,340.36 |

Debtor  ___Zip Top, Inc._____  Case number *(if known)* _____

Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | ID.me Remittance PO Box 392625 Pittsburgh, PA 15251-3625 | | Discount verification software | | | | $5,500.00 |
| 10 | Jim Brzezinski 809 Jessie Stret Austin, TX 78704 | | Convertible note | Contingent Unliquidated | | | $250,000.00 |
| 11 | John McCollough 507 West Avenue Austin, TX 78701 | | Convertible note | Contingent Unliquidated | | | $100,000.00 |
| 12 | Landon Thalman 720 W. 570 S. Richfield, UT 84701 | | Convertible note | Contingent Unliquidated | | | $50,000.00 |
| 13 | Net Suite Inc 15612 Collections Center Drive Chicago, IL 60693 | | Software | | | | $10,167.14 |
| 14 | Pope, Shamsie & Dooley LLP 5332 Thunder Creek Road Austin, TX 78759 | | Tax accountants | | | | $94,210.00 |
| 15 | Revenue Roll 180 Central Park SMB New York, NY | | Marketing software | | | | $5,701.59 |
| 16 | Ross 2000 Revocable Trust Attn: Mike Ross, Trustee 15902 Cheteau Ave. Austin, TX 78734 | | Convertible note | Contingent Unliquidated | | | $400,000.00 |
| 17 | Sladen Grubert Beard PLLC 401 Congress Avenue Suite 1900 Austin, TX 78701 | | IP Attorneys | | | | $330,232.47 |
| 18 | Spur Capital, LLC 441 B Road Ten Sleep, WY 82442 | | Convertible note | Contingent Unliquidated | | | $2,250,000.00 |
| 19 | Steven Sherwood Trust Dated September 8, 1994 and Sherwood Family, LLC 9606 N Mopac Expwy Suite 500 Austin, TX 78759 | | Convertible note | Contingent Unliquidated | | | $1,750,000.00 |
| 20 | Whitebox Technologies, Inc. 1010 Swan Creek Drive #1 Curtis Bay, MD 21226 | | Marketing | | | | $47,077.83 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of Texas

**In re**   Zip Top, Inc.

Case No. _____

**Debtor**

Chapter _____ 11 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept .................................................................................. $21,248.00

Prior to the filing of this statement I have received ...................................................................... $34,238.00

Balance Due .................................................................................................................................. ($12,990.00)

2.  The source of the compensation paid to me was:

☑ Debtor                ☐ Other (specify)

3.  The source of compensation to be paid to me is:

☑ Debtor                ☐ Other (specify)

4.  ☐  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☑  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

Sharing with Kimberly Nash per Application to Employ

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

---

**CERTIFICATION**

      I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| <u>   10/02/2023   </u> | <u>     /s/ Frank B Lyon     </u> |
| *Date* | Frank B Lyon |
| | *Signature of Attorney* |

Bar Number: 12739800
Frank B Lyon
PO Box 50210
Austin, TX 78763-0210
Phone: (512) 345-8964

<u>     Frank B Lyon     </u>
*Name of law firm*

---

Page 2 of 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **Zip Top, Inc.**                                    CASE NO

                                                             CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____10/02/2023_____     Signature _____ /s/ Scott Robertson _____

                                                                                    Scott Robertson, CEO

American Express
Attention: Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998

Attentive Mobile Inc.
221 River Street 9th Floor
Hoboken, NJ 07030

CHEP
PO Box Box 281033
Atlanta, GA 30384

CLO Company
c/o Vance Ecklund
7696 Highway Suite 183-A #1
Leander, TX 78641

Cole International
PO Box 2718, STN. Calgary AB T2P 3C2
Canada

Commerce Hub
800 Troy-Schendectady Rd Ste 100
Latham, NY 12110

Coresearch Inc.
PO Box 412175
Boston, MA 02241-2175

Dentons US LLP
2398 E Camelback Road Suite 850
Phoenix, AZ 85016-9007

DFE Direct Investments 18,
LLC
Attn: Jason Stiles
7600 E. Doubletree Ranch Rd. Suite 300
Scottsdale, AZ 85258

Echo Global Logistics
22168 Network Place
Chicago, IL 60673

Expo West
24654 Network Place
Chicago, IL 60673-1246

Fern Exposition Services LLC
Linn Street
Cincinnati, OH 45203

Finell Co., LLC
12400 W Highway 71 Ste 350-304
Bee Cave, TX 78738-6517

First Delta Group Inc.
727 Hastings Drive
Buffalo Grove, IL 60089

Flexport International LLC
760 Market Street 8th Floor
San Francisco, CA 94102

Gelson's Markets
PO Box 512256
Los Angeles, CA 90051-0256

Google LLC
PO Box 39000
San Francisco, CA 94139

Happy Returns Inc.
12200 W. Olympic Blvd Suite 145
Los Angeles, CA 90064

ID.me
Remittance
PO Box 392625
Pittsburgh, PA 15251-3625

Impact Tech, Inc.
223 E De La Guerra Street
Santa Barbara, CA 93101

ION Exhibits
700 District Drive
Itasca, IL 60143

Jim Brzezinski
809 Jessie Stret
Austin, TX 78704

John McCollough
507 West Avenue
Austin, TX 78701

Kreller
817 Main Stret Suite 700
Cincinnati, OH 45202

Kristina O'Rourke
3005 Agave Loop
Round Rock, TX 78681

Landon Thalman
720 W. 570 S.
Richfield, UT 84701

London Drugs Limited
12831 Horseshoe PL
Richmond, BC, Canada

LSQ Funding Group, L.C.
315 East Robinson Street Suite 200
Orlando, FL 32801

Modern Silicone Technologies, Inc.
c/o Aron Grunfeld
4202 Rutgers Lane
Northbrook, IL 60062

Net Suite Inc
15612 Collections Center Drive
Chicago, IL 60693

NLI International (3PL)
1515 Drew Road, Mississaga, ON L5S 1Y8
Canada

NLI Solutions
1515 Drew Road, Mississaug, ON L5S
1Y8, Canada

Oracle Netsuite
15612 Collections Center Drive
Chicago, IL 60693


PMR, Inc.
PO Box 624
Wisconsin Rapids, WI 54495-0624


Pope, Shamsie & Dooley LLP
5332 Thunder Creek Road
Austin, TX 78759


Principal Life Insurance
Company
PO Box 10333
Des Moines, IA 50306


Rebecca Finell
13421 Saddle Back Pass
Austin, TX 78738


Revenue Roll
180 Central Park SMB
New York, NY


Ross 2000 Revocable Trust
Attn: Mike Ross, Trustee
15902 Cheteau Ave.
Austin, TX 78734


Saddle Creek Corporation
PO Box 530614
Atlanta, GA 30353

Saddle Creek Logistics
Services
PO Box 530614
Atlanta, GA 30353


Seller Rocket
5042 N. 800 E
New Carlisle, IN 46552


Ship Bob
120 N Racine Avenue Suite 100
Chicago, IL 60607


Sladen Grubert Beard PLLC
401 Congress Avenue Suite 1900
Austin, TX 78701


SPS Commerce
PO Box 205782
Dallas, TX 75320-5782


Spur Capital, LLC
441 B Road
Ten Sleep, WY 82442


Steven Sherwood Trust Dated
September 8, 1994 and
Sherwood Family, LLC
9606 N Mopac Expwy Suite 500
Austin, TX 78759

Welch LLP
123 Slater Street, 3rd Floor, Ottowa ON
K1P 5H2 Canada 3rd Floor
Ottowa

Whitebox Technologies, Inc.
1010 Swan Creek Drive #1
Curtis Bay, MD 21226


Wolgemuth & Associates
1010 Swan Creek Drive #1
Curtis Bay, MD 21226


Yotpo Inc.
400 Lafayette Street 4th Floor
New York, NY 10003

## Schedule B, Part 8, #46
### Equipment

| GL Acct | Vendor | Description |
|---|---|---|
| 1510 | Modern Silicone | Zip Top - 8 Initial Housewares Tools (Snack bag) - will be going away |
| 1510 | Modern Silicone | Zip Top - 8 Initial Housewares Tools (Sandwich bag) - will be going away |
| 1510 | Modern Silicone | Zip Top - 8 Initial Housewares Tools (Small cup) |
| 1510 | Modern Silicone | Zip Top - 8 Initial Housewares Tools (Medium cup) |
| 1510 | Modern Silicone | Zip Top - 8 Initial Housewares Tools (Large cup) |
| 1510 | Modern Silicone | Zip Top - 8 Initial Housewares Tools (old Small dish) |
| 1510 | Modern Silicone | Zip Top - 8 Initial Housewares Tools (old Medium dish) |
| 1510 | Modern Silicone | Zip Top - 8 Initial Housewares Tools (Large dish) |
| 1510 | Modern Silicone | Zip Top - Short Cup and Baby Tools |
| 1510 | Yuyao Xianghqo | Zip Top Dish and Cat Molds |
| 1510 | Modern Silicone | Zip Top Snack and Sandwich Bag |
| 1510 | Modern Silicone | Zip Top Breast Milk Bag and Tray |
| 1510 | Modern Silicone | Zip Top Date Wheels |
| 1510 | Hood Container | Cutting Die for PKGC-BAG2K |
| 1510 | Hood Container | Cutting Die for DISP-BAG8A-T |
| 1510 | Hood Container | Cutting Die for DISP-BAG8K-C |
| 1510 | Hood Container | Plates for DISP-BAG8A-T |
| 1510 | Hood Container | Plates for DISP-BAG8K-C |
| 1510 | Hood Container | Plates for DISP-BAG8S-C |
| 1510 | Hood Container | Plates for PKGMD-BAGK |
| 1510 | Hood Container | Plates for PKGMD-BAGS |
| 1510 | Hood Container | Plates for PKGA-BAG2A |
| 1510 | Hood Container | Plates for PKGA-BSC4A |
| 1510 | Hood Container | Plates for PKGA-CUP3A |
| 1510 | Hood Container | Plates for PKGA-SET-DSH |
| 1510 | Hood Container | Plates for PKGC-BAG2K |
| 1510 | Hood Container | Plates for PKGC-SET-DSH |
| 1510 | Hood Container | Plates for PKGM-SET-DSH |
| 1510 | Modern Silicone | Zip Top Date Wheels |
| 1510 | Hood Container | Plate for PKGS-SET-CD |
| 1510 | Hood Container | Plate for PKGS-SET4A-01 |

| 1510 | Hood Container | Plate for PKGS-SET4A-03 |
| 1510 | Hood Container | Plate for PKGS-SET4A-04 |
| 1510 | Hood Container | Plate for PKGA-BAG3A |
| 1510 | Hood Container | Plate for PKGA-BAGK |
| 1510 | Hood Container | Plate for PKGA-DSHS |
| 1510 | Hood Container | Cutting Dies for PO ZIP-1045 |
| 1510 | Hood Container | Cutting Dies for PO ZIP-1045 |
| 1510 | Hood Container | Cutting Dies for PO ZIP-1045 |
| 1510 | Hood Container | Cutting Dies for PO ZIP-1045 |
| 1510 | Hood Container | Cutting Dies for PO ZIP-1045 |
| 1510 | Hood Container | Cutting Dies for PO ZIP-1045 |
| 1510 | Hood Container | Cutting Dies for PO ZIP-1045 |
| 1510 | Hood Container | Cutting Dies for PO ZIP-1045 |
| 1510 | Hood Container | Cutting Die & Prep/Plate for PKGMD-FSA-TOP |
| 1510 | Modern Silicone | Snack Bag #2 - Design and Build 4 drop cold runner into production for PO MSI-7031 |
| 1510 | Modern Silicone | Sandwich Bag #3 - Design and Build including cold runner (9246 shape) for PO MSI-7041 |
| 1510 | Hood Container | Print Plate for PKGA-BAGS |
| 1510 | Hood Container | Print Plate for PKGA-DSHL |
| 1510 | Hood Container | Print Plate for PKGA-CUPL |
| 1510 | Hood Container | Print Plate for PKGA-DSHM |
| 1510 | Hood Container | Print Plate for PKGA-BSC |
| 1510 | Hood Container | Print Plate for PKGA-CUPS |
| 1510 | Hood Container | Print Plate for PKGA-CUPM |
| 1510 | Hood Container | Print Plate for DISP-BAG4A-T |
| 1510 | Hood Container | Print Plate for DISP-BAG4AS-C |
| 1510 | Hood Container | Print Plate for PKGMD-BAG4S |
| 1510 | Hood Container | Cutting Die ($3054) for DISP-BAG4A-T |
| 1510 | Hood Container | Cutting Die for PKGR2-BAG3A-03W, PKGR2-BAG3A-347W |
| 1510 | Hood Container | Cutting Die for PKGR2-DSHE1-03W, PKGR2-DSH3A-347W |
| 1510 | Modern Silicone | Place Dish S & M into production for PO MSI-7022 |
| 1510 | Yuyao Xianghqo | Place Cores and cavities for M Dish into production for PO J-2019-10-10 |

| 1510 | Yuyao Xianghqo | Place added draft to S & M dish molds into production for PO J-2020-06-02 |
| 1510 | Modern Silicone | Place 2 Cold runners for 2nd version of S & M Dishes into production for PO MSI-7043 |
| 1510 | Yuyao Xianghqo | Place Zipper insert changes to S & M dish mold into production for PO '2020-12-22/2021-01-12 |
| 1510 | Modern Silicone | Place S & M Dishes (for new factory) into production for PO 'MSI TI-121002 (MSI-7022) |

## Schedule B, Part 10, #60 Patents

| Reference # | Title | Ctry | Serial # | Filed Date | Patent # | Issue Date | Status |
|---|---|---|---|---|---|---|---|
| 20913.105011 | FLEXIBLE FOODSTUFF CONTAINER WITH CLOSURE | US | 15/910,757 | 3/2/18 | 11,358,755 | 6/14/22 | ISSUED |
| 20913.105013 | Silicone Reusable Sealable Small Bag | US | 29/618,138 | 9/19/17 | D886534 | 6/9/20 | ISSUED |
| 20913.105014 | Silicone Reusable Sealable Medium Bag | US | 29/618,099 | 9/19/17 | D886533 | 6/9/20 | ISSUED |
| 20913.105015 | Reusable Sealable Cup | US | 29/618,106 | 9/19/17 | D876891 | 3/3/20 | ISSUED |
| 20913.105016 | Silicone Reusable Sealable Bowl | US | 29/618,115 | 9/19/17 | D887786 | 6/23/20 | ISSUED |
| 20913.105018 | FLEXIBLE FOODSTUFF CONTAINER WITH CLOSURE | EP | 18159842.6 | 3/2/18 | 3369672 | 4/22/20 | ISSUED |
| 20913.105035 | Silicone Reusable Sealable Small Bag | IN | 303769 | 3/19/18 | | | PENDING |
| 20913.105036 | Silicone Reusable Sealable Small Bag | ID | AID201800773 | 3/19/18 | IDD000051392 | 7/9/18 | ISSUED |
| 20913.105038 | Silicone Reusable Sealable Small Bag | CA | 180318 | 3/19/18 | | | PENDING |
| 20913.105041 | Silicone Reusable Sealable Medium Bag | IN | 303768 | 3/19/18 | 77950 | 7/15/19 | ISSUED |
| 20913.105042 | Silicone Reusable Sealable Medium Bag | ID | AID201800775 | 3/19/18 | | | PENDING |
| 20913.105044 | Silicone Reusable Sealable Medium Bag | CA | 180320 | 3/19/18 | | | PENDING |
| 20913.105047 | Silicone Reusable Sealable Cup | IN | 303767 | 3/19/18 | | | PENDING |
| 20913.105048 | Silicone Reusable Sealable Cup | ID | AID201800770 | 3/19/18 | IDD000051391 | 7/9/18 | ISSUED |
| 20913.105050 | Silicone Reusable Sealable Cup | CA | 180321 | 3/19/18 | | | PENDING |
| 20913.105053 | Silicone Reusable Sealable Bowl | IN | 303766 | 3/19/18 | 77966 | 7/15/19 | ISSUED |
| 20913.105054 | Silicone Reusable Sealable Bowl | ID | AID201800776 | 3/19/18 | IDD000051297 | 7/9/18 | ISSUED |
| 20913.105056 | Silicone Reusable Sealable Bowl | CA | 180319 | 3/19/18 | | | PENDING |
| 20913.105059 | Flexible Container With Ice Tray | US | 16/296,416 | 3/8/19 | 11,098,940 | 8/24/21 | ISSUED |
| 20913.105060 | Flexible Container With Spouts and Closure | US | 16/154,134 | 10/8/18 | 11,084,628 | 8/10/21 | ISSUED |
| 20913.105063 | Reusable Sealable Snack Bag | US | 29/699,278 | 7/24/19 | D873083 | 1/21/20 | ISSUED |
| 20913.105064 | Reusable Sealable Sandwich Bag | US | 29/699,301 | 7/24/19 | D873084 | 1/21/20 | ISSUED |
| 20913.105065 | Reusable Sealable Large Cup | US | 29/699,320 | 7/24/19 | D945826 | 3/15/22 | ISSUED |
| 20913.105066 | Reusable Sealable Small Cup | US | 29/699,437 | 7/25/19 | D945827 | 3/15/22 | ISSUED |
| 20913.105067 | Reusable Sealable Short Cup | US | 29/699,459 | 7/25/19 | D945828 | 3/15/22 | ISSUED |
| 20913.105068 | Reusable Sealable Kid Cup (Bear) | US | 29/699,611 | 7/26/19 | D873075 | 1/21/20 | ISSUED |
| 20913.105069 | Reusable Sealable Kid Cup (Pig) | US | 29/699,634 | 7/26/19 | D878157 | 3/17/20 | ISSUED |
| 20913.105070 | Reusable Sealable Kid Cup (Cat) | US | 29/699,650 | 7/26/19 | D877568 | 3/10/20 | ISSUED |
| 20913.105071 | Reusable Sealable Kid Cup (Dog) | US | 29/699,656 | 7/26/19 | D877569 | 3/10/20 | ISSUED |
| 20913.105072 | Reusable Sealable Milk Bag And Tray | US | 29/699,897 | 7/30/19 | D874876 | 2/11/20 | ISSUED |
| 20913.105073 | Reusable Sealable Bowl | US | 29/699,904 | 7/30/19 | D876172 | 2/25/20 | ISSUED |
| 20913.105074 | Reusable Sealable Milk Bag | CA | 192637 | 1/23/20 | 192637 | 2/1/22 | ISSUED |
| 20913.105077 | Reusable Sealable Milk Bag And Tray | ID | A00202000171 | 1/21/20 | IDD0000057021 | 8/19/20 | ISSUED |
| 20913.105078 | Reusable Sealable Milk Bag And Tray | IN | 326401-001 | | | | PENDING |

| 20913.105080 | Reusable Sealable Milk Bag And Tray | MX | MX/f/2020/000239 | 1/28/20 | 64528 | 6/28/22 | ISSUED |
| 20913.105094 | Reusable Sealable Snack Bag | EU | 007542980 | 1/22/20 | 007542980-0001 | 1/22/20 | ISSUED |
| 20913.105095 | Reusable Sealable Snack Bag | JP | 2020-1087 | 1/23/20 | 1709825 | 3/7/22 | ISSUED |
| 20913.105098 | Reusable Sealable Snack Bag | ID | A00202000168 | 1/21/20 | IDD0000057496 | 9/2/20 | ISSUED |
| 20913.105099 | Reusable Sealable Snack Bag | MX | MX/f/2020/000141 | 1/20/20 | 60753 | 5/13/21 | ISSUED |
| 20913.105100 | Reusable Sealable Snack Bag | CA | 192635 | 1/23/20 | 192635 | 1/24/22 | ISSUED |
| 20913.105102 | Reusable Sealable Sandwich Bag | JP | 2020-1088 | 1/23/20 | 1709888 | 3/7/22 | ISSUED |
| 20913.105104 | Reusable Sealable Sandwich Bag | IN | 326301-001 | | | | PENDING |
| 20913.105105 | Reusable Sealable Sandwich Bag | ID | A00 2019 00169 | 1/21/20 | IDD0000057497 | 9/2/20 | ISSUED |
| 20913.105106 | MODELO INDUSTRIAL DE BOLSA SELLABLE REUTILIZABLE PARA SÁNDWICH | MX | MX/f/2020/000142 | 1/20/20 | 61809 | 8/13/21 | ISSUED |
| 20913.105107 | Reusable Sealable Sandwich Bag | CA | 192626 | 1/23/20 | 192626 | 1/24/22 | ISSUED |
| 20913.105109 | Reusable Sealable Large Cup | JP | 2020-1089 | 1/23/20 | 1709826 | 3/7/22 | ISSUED |
| 20913.105111 | Reusable Sealable Large Cup | IN | 326300-001 | | 95135 | 1/25/21 | ISSUED |
| 20913.105112 | Reusable Sealable Large Cup | ID | A00 2019 00172 | 1/21/20 | IDD0000057022 | 8/19/20 | ISSUED |
| 20913.105113 | MODELO INDUSTRIAL DE VASO SELLABLE REUTILIZABLE GRANDE - Reusable Sealable Large Cup | MX | MX/f/2020/000139 | 1/20/20 | 61807 | 8/13/21 | ISSUED |
| 20913.105114 | Reusable Sealable Large Cup | CA | 192633 | 1/23/20 | 192633 | 1/24/22 | ISSUED |
| 20913.105116 | Reusable Sealable Small Cup | JP | 2020-1090 | 1/23/20 | 1709889 | 3/7/22 | ISSUED |
| 20913.105118 | Reusable Sealable Small Cup | IN | 326399-001 | | 106074 | 12/15/21 | ISSUED |
| 20913.105119 | Reusable Sealable Small Cup | ID | A00202000170 | 1/21/20 | IDD0000057020 | 8/19/20 | ISSUED |
| 20913.105120 | Reusable Sealable Small Cup | MX | MX/f/2020/000138 | 1/20/20 | 60610 | 4/28/21 | ISSUED |
| 20913.105121 | Reusable Sealable Small Cup | CA | 192636 | 1/23/20 | 192636 | 2/1/22 | ISSUED |
| 20913.105123 | Reusable Sealable Short Cup | JP | 2020-1093 | 1/23/20 | 1709890 | 3/7/22 | ISSUED |
| 20913.105125 | Reusable Sealable Short Cup | IN | 326400-001 | | 119364 | 12/2/22 | ISSUED |
| 20913.105126 | Reusable Sealable Short Cup | ID | A00202000173 | 1/21/20 | | | PENDING |
| 20913.105127 | Reusable Sealable Short Cup | MX | MX/f/2020/000192 | 1/23/20 | 61808 | 8/13/21 | ISSUED |
| 20913.105128 | Reusable Sealable Short Cup | CA | 192634 | 1/23/20 | 192634 | 2/1/22 | ISSUED |
| 20913.105131 | Reusable Sealable Kid Cup (Bear) | CA | 192628 | 1/23/20 | 192628 | 2/1/22 | ISSUED |
| 20913.105134 | Reusable Sealable Kid Cup (Pig) | CA | 192627 | 1/23/20 | 192627 | 2/1/22 | ISSUED |
| 20913.105137 | Reusable Sealable Kid Cup (Cat) | CA | 192632 | 1/23/20 | 192632 | 2/1/22 | ISSUED |
| 20913.105140 | Reusable Sealable Kid Cup (Dog) | CA | 192629 | 1/23/20 | 192629 | 2/1/22 | ISSUED |
| 20913.105142 | Reusable Sealable Bowl | JP | 2020-1101 | 1/23/20 | 1694727 | 8/25/21 | ISSUED |
| 20913.105144 | Reusable Sealable Bowl | IN | 326402-001 | | 118288 | 11/11/22 | ISSUED |
| 20913.105145 | Reusable Sealable Bowl | ID | A00202000174 | 1/21/20 | IDD0000057023 | 8/19/20 | ISSUED |
| 20913.105146 | Reusable Sealable Bowl | MX | MX/f/2020/000238 | 1/28/20 | 61806 | 8/13/21 | ISSUED |

| 20913.105147 | Reusable Sealable Bowl | CA | 192630 | 1/23/20 | 192630 | 2/1/22 | ISSUED |
|---|---|---|---|---|---|---|---|
| 20913.105149 | Tray for Reusable Sealable Bags | CA | 192631 | 1/23/20 | 192631 | 2/1/22 | ISSUED |
| 20913.105165 | Flexible Container With Spouts and Closure | JP | 2021-518961 | 10/7/19 | | | PUBLISHED |
| 20913.105168 | Flexible Container With Spouts and Closure | MX | MX/a/2021/003974 | 10/7/19 | | | PENDING |
| 20913.105172 | Flexible Container With Spouts and Closure | KR | 2021-7012724 | 10/7/19 | | | PENDING |
| 20913.105179 | Flexible Container With Spouts and Closure | EP | 19797414.0 | 10/7/19 | 3863937 | 11/23/22 | ISSUED |
| 20913.105183 | Flexible Container With Ice Tray | AU | AU 2020234614 | 2/12/20 | | | PENDING |
| 20913.105184 | Flexible Container With Ice Tray | MX | MX/a/2021/010605 | 2/12/20 | | | PENDING |
| 20913.105191 | Flexible Container With Ice Tray | PH | 1-2021-551514 | 2/12/20 | | | PENDING |
| 20913.105197 | (US) A Silicone Molding Process For Making A Container With Zipper Members Tapered At A Flexible Spout | US | 17/360,233 | 6/28/21 | 11,383,890 | 7/12/22 | ISSUED |
| 20913.105011 1 | FLEXIBLE FOODSTUFF CONTAINER WITH INTEGRATED CLOSURE | US | 62/466,156 | 3/2/17 | | | PENDING |
| TM20913.104004 | FINELL Logo | JP | 73259/2013 | 9/18/13 | 5731468 | 1/9/15 | ISSUED |
| TM20913.104005 | FINELL Logo | US | 85887750 | 3/27/13 | 4700365 | 3/10/15 | ISSUED |
| TM20913.104006 | FINELL | EP | 011709094 | 4/3/13 | 011709094 | 8/30/13 | ISSUED |
| TM20913.104008 | FINELL | US | 85887759 | 3/27/13 | 4700366 | 3/10/15 | ISSUED |
| TM20913.104009 | FINELL Logo | EP | 011709169 | 4/3/13 | 011709169 | 8/30/13 | ISSUED |
| TM20913.104012 | FINELL | AU | 1552672 | 4/19/13 | 1552672 | 11/27/13 | ISSUED |
| TM20913.104013 | FINELL | US | 85887733 | 3/27/13 | 4700364 | 3/10/15 | ISSUED |
| TM20913.104015 | FINELL Logo | AU | 1552673 | 4/19/13 | 1552673 | 11/27/13 | ISSUED |
| TM20913.104016 | FINELL | US | 85887724 | 3/27/13 | 4700363 | 3/10/15 | ISSUED |
| TM20913.104020 | FINELL | JP | 12474147 | 4/23/13 | 5731467 | 1/9/15 | ISSUED |
| TM20913.104024 | FINELL | CN | 12474147 | 4/23/13 | 12474147 | 7/21/15 | ISSUED |
| TM20913.104025 | FINELL | CN | 12474324 | 4/23/13 | 12474324 | 10/7/14 | ISSUED |
| TM20913.104026 | FINELL | CN | 12474423 | 4/23/13 | 12474423 | 9/28/14 | ISSUED |
| TM20913.104027 | FINELL | CN | 12474501 | 4/23/13 | 12474501 | 9/28/14 | ISSUED |
| TM20913.104028 | FINELL | CN | 12474573 | 4/23/13 | 12474573 | 9/28/14 | ISSUED |
| TM20913.104029 | FINELL | CN | 12474511 | 4/23/13 | 12474511 | 9/28/14 | ISSUED |
| TM20913.104030 | FINELL | CN | 12474890 | 4/23/13 | 12474890 | 9/28/14 | ISSUED |
| TM20913.104031 | FINELL Logo | CN | 12474160 | 4/23/13 | 12474160 | 8/28/15 | ISSUED |
| TM20913.104032 | FINELL Logo | CN | 12474316 | 4/23/13 | 12474316 | 3/21/15 | ISSUED |
| TM20913.104033 | FINELL Logo | CN | 12474419 | 4/23/13 | 12474419 | 9/28/14 | ISSUED |
| TM20913.104034 | FINELL Logo | CN | 12474486 | 4/23/13 | 12474486 | 9/28/14 | ISSUED |
| TM20913.104035 | FINELL Logo | CN | 12474559 | 4/23/13 | 12474559 | 9/28/14 | ISSUED |
| TM20913.104036 | FINELL Logo | CN | 12474503 | 4/23/13 | 12474503 | 9/28/14 | ISSUED |

| TM20913.104037 | FINELL Logo | CN | 12474875 | 4/22/13 | 12474875 | 9/28/14 | ISSUED |
| TM20913.104038 | ZIP TOP | US | 87451236 | 5/16/17 | 5499679 | 6/19/18 | ISSUED |
| TM20913.104044 | ZIP TOP Stylized Logo | CA | 2001971 | 7/24/19 | | | PENDING |
| TM20913.104047 | ZIP TOP Stylized Logo | ID | A0088008 | 7/24/19 | 1505088 | 7/24/19 | ISSUED |
| TM20913.104050 | ZIP TOP Stylized Logo | KR | A0088008 | 7/24/19 | 1505088 | 7/24/19 | ISSUED |
| TM20913.104051 | ZIP TOP Stylized Logo | TW | 108060796 | 9/16/19 | 02064241 | 6/1/20 | ISSUED |
| TM20913.104052 | ZIP TOP Stylized Logo | VN | A0088008 | 7/24/19 | 1505088 | 12/22/20 | ISSUED |
| TM20913.104053 | ZIP TOP (word mark) | AU | 2114412 | 8/25/20 | 2114412 | 8/25/20 | ISSUED |
| TM20913.104054 | ZIP TOP (stylized logo) | AU | 2114413 | 8/25/20 | 2114413 | 8/25/20 | ISSUED |
| TM20913.104059 | ZIP TOP (word mark) | BR | 923506039 | 7/6/21 | 923506225 | 9/6/22 | ISSUED |
| TM20913.104060 | ZIP TOP (word mark) | CA | 2103830 | 4/30/21 | | | PENDING |
| TM20913.104062 | ZIP TOP (word mark) | KR | 40-2021-0130977 | 6/25/21 | | | PENDING |
| TM20913.104064 | ZipTop (stylized logo) | RU | 2021727586 | 5/4/21 | 834518 | 10/26/21 | ISSUED |
| TM20913.104065 | ZIP TOP (word mark) | TW | 110045013 | 6/25/21 | 02201704 | 2/1/22 | ISSUED |
| TM20913.104066 | ZIP TOP (word mark) | PH | 4-2021-510383 | 5/4/21 | 4/2021/00510383 | 9/17/21 | ISSUED |
| TM20913.104067 | ZIP TOP (word mark) | IN | 5024736 | 6/29/21 | | | PUBLISHED |
| TM20913.104067 1 | ZIP TOP (word mark) | IN | 5063065 | 7/28/21 | 5063065 | 7/28/21 | ISSUED |
| TM20913.104068 | ZIP TOP (word mark) | ID | DID2021042764 | 6/24/21 | IDM000982690 | 8/2/22 | ISSUED |
| TM20913.104069 | ZIP TOP (word mark) | VN | 4-2021-21964 | 5/31/21 | | | PUBLISHED |
| TM20913.104074 | ZIPTOP (Cyrillic) (word mark) | RU | 2021727588 | 5/4/21 | 834519 | 10/26/21 | ISSUED |
| TM20913.104076 | ZIP TOP (stylized logo) | BR | 923506420 | 7/6/21 | 923506519 | 9/6/22 | ISSUED |
| TM20913.104079 | ZIP TOP (stylized logo) | PH | 4-2021-516998 | 7/19/21 | 4/2021/00516998 | 11/7/21 | ISSUED |
| TM20913.104080 | ZIP TOP (stylized logo) | IN | 5024737 | 6/29/21 | | | PUBLISHED |
| TM20913.104080 1 | ZIP TOP (stylized logo) | IN | 5063066 | 7/28/21 | 5063066 | 7/28/21 | ISSUED |
| TM20913.105007 | FINELL | EP | 011709111 | 4/3/13 | 011709111 | 1/17/14 | ISSUED |
| TM20913.105008 | FINELL | EP | 011709185 | 4/3/13 | 011709185 | 8/30/13 | ISSUED |

## Schedule B, Part 10, #61 Domain Names

| Domain Name | Create Date | Expire Date | Nameservers | Registrant First Name |
|---|---|---|---|---|
| **buyziptop.com** | 10/12/2018 | 10/12/2023 | ns1.name.com;ns2.name.com;ns3.name.com;ns4.name.com | Rebecca |
| **buyziptops.com** | 10/12/2018 | 10/12/2023 | ns1.name.com;ns2.name.com;ns3.name.com;ns4.name.com | Rebecca |
| **shopziptop.com** | 10/15/2018 | 10/15/2023 | ns1.name.com;ns2.name.com;ns3.name.com;ns4.name.com | Rebecca |
| **shopziptops.com** | 10/15/2018 | 10/15/2023 | ns1.name.com;ns2.name.com;ns3.name.com;ns4.name.com | Rebecca |
| **theziptop.com** | 1/18/2019 | 1/18/2024 | ns11.domaincontrol.com;ns12.domaincontrol.com | Rebecca |
| **zip-top.com** | 1/29/2002 | 1/29/2024 | ns23.domaincontrol.com;ns24.domaincontrol.com | Rebecca |
| **zip-top.net** | 12/30/2007 | 12/30/2023 | ns19.domaincontrol.com;ns20.domaincontrol.com | Rebecca |
| **zip.top** | 1/29/2019 | 1/29/2024 | ns1.name.com;ns2.name.com;ns3.name.com;ns4.name.com | Rebecca |
| **zippercontainer.com** | 10/11/2018 | 10/11/2023 | ns1.name.com;ns2.name.com;ns3.name.com;ns4.name.com | Rebecca |
| **zippercontainers.com** | 10/11/2018 | 10/11/2023 | ns1.name.com;ns2.name.com;ns3.name.com;ns4.name.com | Rebecca |
| **zippercups.com** | 10/11/2018 | 10/11/2023 | ns1.name.com;ns2.name.com;ns3.name.com;ns4.name.com | Rebecca |
| **zipperdishes.com** | 10/11/2018 | 10/11/2023 | ns1.name.com;ns2.name.com;ns3.name.com;ns4.name.com | Andrew |
| **ziptop.ca** | 10/15/2021 | 10/15/2023 | ns1.name.com;ns2.name.com;ns3.name.com;ns4.name.com | Andrew |
| **ziptop.co** | 5/16/2017 | 5/15/2024 | ns1.name.com;ns2.name.com;ns3.name.com;ns4.name.com | Rebecca |
| **ziptop.com** | 11/9/1998 | 11/8/2025 | ns1.name.com;ns2.name.com;ns3.name.com;ns4.name.com | Rebecca |
| **ziptop.life** | 10/11/2018 | 10/11/2023 | ns1.name.com;ns2.name.com;ns3.name.com;ns4.name.com | Rebecca |
| **ziptop.me** | 10/11/2018 | 10/11/2023 | ns1.name.com;ns2.name.com;ns3.name.com;ns4.name.com | Rebecca |
| **ziptop.net** | 4/20/2002 | 4/20/2024 | ns11.domaincontrol.com;ns12.domaincontrol.com | Rebecca |
| **ziptop.online** | 10/11/2018 | 10/11/2023 | ns1.name.com;ns2.name.com;ns3.name.com;ns4.name.com | Rebecca |
| **ziptop.org** | 5/16/2017 | 5/16/2024 | ns15.domaincontrol.com;ns16.domaincontrol.com | Rebecca |
| ziptop.rocks | 10/11/2018 | 10/11/2023 | ns1.name.com;ns2.name.com;ns3.name.com;ns4.name.com | Rebecca |
| ziptop.shop | 10/11/2018 | 10/11/2023 | ns1.name.com;ns2.name.com;ns3.name.com;ns4.name.com | Rebecca |
| ziptop.store | 10/11/2018 | 10/11/2023 | ns1.name.com;ns2.name.com;ns3.name.com;ns4.name.com | Rebecca |
| **ziptop.uk** | 5/25/2022 | 5/25/2024 | ns1.name.com;ns2.name.com;ns3.name.com;ns4.name.com | Rebecca |
| **ziptop.us** | 4/24/2002 | 4/23/2024 | ns45.domaincontrol.com;ns46.domaincontrol.com | Rebecca |
| **ziptopbabies.com** | 10/11/2018 | 10/11/2023 | ns1.name.com;ns2.name.com;ns3.name.com;ns4.name.com | Rebecca |
| **ziptopbaby.com** | 10/11/2018 | 10/11/2023 | ns1.name.com;ns2.name.com;ns3.name.com;ns4.name.com | Rebecca |
| **ziptopbag.com** | 3/30/2002 | 3/30/2024 | ns23.domaincontrol.com;ns24.domaincontrol.com | Rebecca |
| **ziptopcontainer.com** | 10/11/2018 | 10/11/2023 | ns1.name.com;ns2.name.com;ns3.name.com;ns4.name.com | Rebecca |
| **ziptopcontainers.com** | 10/12/2018 | 10/12/2023 | ns1.name.com;ns2.name.com;ns3.name.com;ns4.name.com | Rebecca |
| **ziptopcontainershop.com** | 10/12/2018 | 10/12/2023 | ns1.name.com;ns2.name.com;ns3.name.com;ns4.name.com | Rebecca |
| **ziptopcup.com** | 10/11/2018 | 10/11/2023 | ns1.name.com;ns2.name.com;ns3.name.com;ns4.name.com | Rebecca |
| **ziptopcups.com** | 10/11/2018 | 10/11/2023 | ns1.name.com;ns2.name.com;ns3.name.com;ns4.name.com | Rebecca |
| **ziptopdish.com** | 10/11/2018 | 10/11/2023 | ns1.name.com;ns2.name.com;ns3.name.com;ns4.name.com | Rebecca |
| **ziptopdishes.com** | 10/11/2018 | 10/11/2023 | ns1.name.com;ns2.name.com;ns3.name.com;ns4.name.com | Rebecca |
| **ziptopkid.com** | 10/11/2018 | 10/11/2023 | ns1.name.com;ns2.name.com;ns3.name.com;ns4.name.com | Rebecca |
| **ziptopkids.com** | 10/11/2018 | 10/11/2023 | ns1.name.com;ns2.name.com;ns3.name.com;ns4.name.com | Rebecca |
| **ziptopmini.com** | 10/11/2018 | 10/11/2023 | ns1.name.com;ns2.name.com;ns3.name.com;ns4.name.com | Rebecca |
| **ziptopminis.com** | 10/11/2018 | 10/11/2023 | ns1.name.com;ns2.name.com;ns3.name.com;ns4.name.com | Rebecca |
| **ziptopreusablecontainer.com** | 10/12/2018 | 10/12/2023 | ns1.name.com;ns2.name.com;ns3.name.com;ns4.name.com | Rebecca |
| **ziptopreusablecontainers.com** | 10/12/2018 | 10/12/2023 | ns1.name.com;ns2.name.com;ns3.name.com;ns4.name.com | Rebecca |
| **ziptopsbag.com** | 10/11/2018 | 10/11/2023 | ns23.domaincontrol.com;ns24.domaincontrol.com | Rebecca |
| **ziptopscontainer.com** | 10/11/2018 | 10/11/2023 | ns1.name.com;ns2.name.com;ns3.name.com;ns4.name.com | Rebecca |
| **ziptopscup.com** | 10/11/2018 | 10/11/2023 | ns1.name.com;ns2.name.com;ns3.name.com;ns4.name.com | Rebecca |
| **ziptopscups.com** | 10/11/2018 | 10/11/2023 | ns1.name.com;ns2.name.com;ns3.name.com;ns4.name.com | Rebecca |
| **ziptopsdish.com** | 10/11/2018 | 10/11/2023 | ns1.name.com;ns2.name.com;ns3.name.com;ns4.name.com | Rebecca |
| **ziptopshop.com** | 10/12/2018 | 10/12/2023 | ns1.name.com;ns2.name.com;ns3.name.com;ns4.name.com | Rebecca |
| **ziptopus.com** | 1/18/2019 | 1/18/2024 | ns11.domaincontrol.com;ns12.domaincontrol.com | Rebecca |
| **ziptopwholesale.com** | 2/14/2020 | 2/14/2024 | ns1.name.com;ns2.name.com;ns3.name.com;ns4.name.com | Rebecca |
| **ziptot.com** | 10/11/2018 | 10/11/2023 | ns1.name.com;ns2.name.com;ns3.name.com;ns4.name.com | Rebecca |
| **ziptots.com** | 10/11/2018 | 10/11/2023 | ns1.name.com;ns2.name.com;ns3.name.com;ns4.name.com | Rebecca |

## Statement of Financial Affairs #30 Payments to Insiders

Company: Zip Top Inc    Report: Earnings Record    Check Dates From: 9/30/2022    To: 9/29/2023

| Check Date | Earnings | Rate | Hours | Amount | Gross | Federal Taxes | | State/Local Taxes | Deductions | | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Employee: Finell, Rebecca - Department: 5 - G&A Executive** | | | | | | | | | | | |
| **SSN: xxx-xx-8372** | | | | | | | | | | | |
| 9/30/22 | Regular | | 0.00 | 1,368.00 | 1,368.00 | FED MEDCARE | 11.28 | | ADP RS employee before-tax % | 41.04 | 725.25 |
| | | | | | | | | | Medical | 273.76 | DD |
| | | | | | | | | | HSA | 316.67 | |
| 10/14/22 | Regular | | 0.00 | 1,368.00 | 1,368.00 | FED MEDCARE | 11.27 | | ADP RS employee before-tax % | 41.04 | 725.26 |
| | | | | | | | | | Medical | 273.76 | DD |
| | | | | | | | | | HSA | 316.67 | |
| 10/31/22 | Regular | | 0.00 | 1,368.00 | 1,368.00 | FED MEDCARE | 11.28 | | ADP RS employee before-tax % | 41.04 | 725.25 |
| | | | | | | | | | Medical | 273.76 | DD |
| | | | | | | | | | HSA | 316.67 | |
| 11/15/22 | Regular | | 0.00 | 8,333.33 | 8,333.33 | FED MEDCARE | 112.27 | | ADP RS employee before-tax % | 249.99 | 7,380.64 |
| | | | | | | | | | Medical | 273.76 | DD |
| | | | | | | | | | HSA | 316.67 | |
| 11/30/22 | Regular | | 0.00 | 8,333.33 | 8,333.33 | FED MEDCARE | 112.27 | | ADP RS employee before-tax % | 249.99 | 7,380.64 |
| | | | | | | | | | Medical | 273.76 | DD |
| | | | | | | | | | HSA | 316.67 | |
| 12/15/22 | Regular | | 0.00 | 8,333.33 | 8,333.33 | FED MEDCARE | 112.27 | | ADP RS employee before-tax % | 249.99 | 7,380.64 |
| | | | | | | | | | Medical | 273.76 | DD |
| | | | | | | | | | HSA | 316.67 | |
| 12/30/22 | Regular | | 0.00 | 8,333.33 | 8,333.33 | FED MEDCARE | 116.62 | | ADP RS employee before-tax % | 249.99 | 7,676.37 |
| | | | | | | | | | Medical | 273.76 | DD |
| | | | | | | | | | HSA | 16.59 | |
| 1/13/23 | Regular | | 0.00 | 8,333.33 | 8,333.33 | FED SOCSEC | 479.67 | | ADP RS employee before-tax % | 249.99 | 6,894.81 |
| | | | | | | FED MEDCARE | 112.18 | | ADP RS employer match | 249.99 | DD |
| | | | | | | | | | Medical | 273.76 | |
| | | | | | | | | | HSA | 322.92 | |
| 1/31/23 | Regular | | 0.00 | 8,333.33 | 8,333.33 | FED SOCSEC | 479.67 | | ADP RS employee before-tax % | 249.99 | 6,894.81 |
| | | | | | | FED MEDCARE | 112.18 | | ADP RS employer match | 249.99 | DD |
| | | | | | | | | | Medical | 273.76 | |
| | | | | | | | | | HSA | 322.92 | |
| 2/15/23 | Regular | | 0.00 | 8,333.33 | 8,333.33 | FED SOCSEC | 479.68 | | ADP RS employee before-tax % | 249.99 | 6,894.80 |
| | | | | | | FED MEDCARE | 112.18 | | ADP RS employer match | 249.99 | DD |

|  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Medical | 273.76 |  |
|  |  |  |  |  | HSA | 322.92 |  |
| 2/28/23 | Regular | 0.00 | 8,333.33 | 8,333.33 FED SOCSEC | 479.67 | ADP RS employee before-tax % | 249.99 | 6,894.80 |
|  |  |  |  | FED MEDCARE | 112.19 | ADP RS employer match | 249.99 | DD |
|  |  |  |  |  | Medical | 273.76 |  |
|  |  |  |  |  | HSA | 322.92 |  |
| 3/15/23 | Regular | 0.00 | 8,333.33 | 8,333.33 FED SOCSEC | 479.67 | ADP RS employee before-tax % | 249.99 | 6,894.81 |
|  |  |  |  | FED MEDCARE | 112.18 | ADP RS employer match | 0.04 | DD |
|  |  |  |  |  | Medical | 273.76 |  |
|  |  |  |  |  | HSA | 322.92 |  |
| **Employee Totals:** | Regular | 0.00 | 79,103.97 | 79,103.97 FED SOCSEC | 2,398.36 | ADP RS employee before-tax % | 2,373.03 | 66,468.08 |
|  |  |  |  | FED MEDCARE | 1,048.17 | ADP RS employer match | 1,000.00 |  |
|  |  |  |  |  | Medical | 3,285.12 |  |
|  |  |  |  |  | HSA | 3,531.21 |  |

**Employee: O'Rourke, Kristina - Department: 5 - G&A Executive**
**SSN: xxx-xx-3444**

|  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
| 9/30/22 | Regular | 0.00 | 7,291.67 | 7,291.67 FED FIT | 1,580.17 | ADP RS employee before-tax % | 918.56 | 4,094.31 |
|  | Restricted Stock* | 0.00 | 1,893.94 | FED MEDCARE | 124.87 | Medical | 273.76 | DD |
|  |  |  |  |  | HSA | 300.00 |  |
| 10/14/22 | Regular | 0.00 | 7,291.67 | 7,291.67 FED FIT | 1,136.95 | ADP RS employee before-tax % | 729.16 | 4,754.39 |
|  |  |  |  | FED MEDCARE | 97.41 | Medical | 273.76 | DD |
|  |  |  |  |  | HSA | 300.00 |  |
| 10/31/22 | Regular | 0.00 | 7,291.67 | 7,291.67 FED FIT | 1,136.95 | ADP RS employee before-tax % | 729.16 | 4,754.39 |
|  |  |  |  | FED MEDCARE | 97.41 | Medical | 273.76 | DD |
|  |  |  |  |  | HSA | 300.00 |  |
| 11/15/22 | Regular | 0.00 | 7,291.67 | 7,291.67 FED FIT | 1,084.45 | ADP RS employee before-tax % | 947.91 | 4,588.14 |
|  |  |  |  | FED MEDCARE | 97.41 | Medical | 273.76 | DD |
|  |  |  |  |  | HSA | 300.00 |  |
| 11/30/22 | Regular | 0.00 | 7,291.67 | 7,291.67 FED FIT | 1,084.45 | ADP RS employee before-tax % | 947.91 | 4,588.14 |
|  |  |  |  | FED MEDCARE | 97.41 | Medical | 273.76 | DD |
|  |  |  |  |  | HSA | 300.00 |  |
| 12/15/22 | Regular | 0.00 | 7,291.67 | 7,291.67 FED FIT | 1,084.45 | ADP RS employee before-tax % | 947.91 | 4,555.86 |
|  |  |  |  | FED MEDCARE | 97.41 | Medical | 273.76 | DD |
|  |  |  |  | FED MEDCARE-HI | 32.28 | HSA | 300.00 |  |
| 12/30/22 | Regular | 0.00 | 7,291.67 | 7,291.67 FED FIT | 1,084.45 | ADP RS employee before-tax % | 947.91 | 4,527.68 |
|  |  |  |  | FED MEDCARE | 97.41 | Medical | 273.76 | DD |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | FED MEDCARE-HI | 60.46 | HSA | 300.00 | |
| 1/13/23 | Regular | 0.00 | 5,468.75 | 5,468.75 FED FIT | 748.67 | ADP RS employee before-tax % | 710.93 | 3,337.97 |
| | | | | FED SOCSEC | 322.09 | ADP RS employer match | 164.06 | DD |
| | | | | FED MEDCARE | 75.33 | Medical | 273.76 | |
| 1/31/23 | Regular | 0.00 | 5,468.75 | 5,468.75 FED FIT | 748.67 | ADP RS employee before-tax % | 710.93 | 3,360.98 |
| | Expense reimbursement non-taxable | 0.00 | 23.00 | FED SOCSEC | 322.09 | ADP RS employer match | 164.06 | DD |
| | | | | FED MEDCARE | 75.32 | Medical | 273.76 | |
| 2/15/23 | Regular | 0.00 | 5,468.75 | 5,468.75 FED FIT | 748.67 | ADP RS employee before-tax % | 710.93 | 3,337.97 |
| | | | | FED SOCSEC | 322.09 | ADP RS employer match | 164.06 | DD |
| | | | | FED MEDCARE | 75.33 | Medical | 273.76 | |
| 2/28/23 | Regular | 0.00 | 5,468.75 | 5,468.75 FED FIT | 748.67 | ADP RS employee before-tax % | 710.93 | 3,337.97 |
| | | | | FED SOCSEC | 322.09 | ADP RS employer match | 164.06 | DD |
| | | | | FED MEDCARE | 75.33 | Medical | 273.76 | |
| 3/15/23 | Regular | 0.00 | 5,468.75 | 5,468.75 FED FIT | 748.67 | ADP RS employee before-tax % | 710.93 | 3,337.97 |
| | | | | FED SOCSEC | 322.09 | ADP RS employer match | 164.06 | DD |
| | | | | FED MEDCARE | 75.33 | Medical | 273.76 | |
| 3/31/23 | Regular | 0.00 | 5,468.75 | 5,468.75 FED FIT | 748.67 | ADP RS employee before-tax % | 710.93 | 3,337.98 |
| | | | | FED SOCSEC | 322.09 | ADP RS employer match | 164.06 | DD |
| | | | | FED MEDCARE | 75.32 | Medical | 273.76 | |
| 4/14/23 | Regular | 0.00 | 5,468.75 | 5,468.75 FED FIT | 748.67 | ADP RS employee before-tax % | 710.93 | 3,337.97 |
| | | | | FED SOCSEC | 322.09 | ADP RS employer match | 15.64 | DD |
| | | | | FED MEDCARE | 75.33 | Medical | 273.76 | |
| 4/28/23 | Regular | 0.00 | 5,468.75 | 5,468.75 FED FIT | 748.67 | ADP RS employee before-tax % | 710.93 | 3,337.97 |
| | | | | FED SOCSEC | 322.09 | Medical | 273.76 | DD |
| | | | | FED MEDCARE | 75.33 | | | |
| 5/15/23 | Regular | 0.00 | 5,468.75 | 5,468.75 FED FIT | 748.67 | ADP RS employee before-tax % | 710.93 | 3,337.98 |
| | | | | FED SOCSEC | 322.08 | Medical | 273.76 | DD |
| | | | | FED MEDCARE | 75.33 | | | |
| 5/31/23 | Regular | 0.00 | 5,468.75 | 5,468.75 FED FIT | 748.67 | ADP RS employee before-tax % | 710.93 | 3,337.98 |
| | | | | FED SOCSEC | 322.09 | Medical | 273.76 | DD |
| | | | | FED MEDCARE | 75.32 | | | |
| 6/15/23 | Regular | 0.00 | 5,468.75 | 5,468.75 FED FIT | 717.35 | ADP RS employee before-tax % | 710.93 | 3,248.75 |
| | | | | FED SOCSEC | 314.00 | Medical | 404.28 | DD |
| | | | | FED MEDCARE | 73.44 | | | |
| 6/30/23 | Regular | 0.00 | 5,468.75 | 5,468.75 FED FIT | 717.35 | ADP RS employee before-tax % | 710.93 | 3,248.76 |
| | | | | FED SOCSEC | 314.00 | Medical | 404.28 | DD |

| Date | Type | Hours | Amount | Amount | Tax | Tax Amount | Deduction | Amount | Amount |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | FED MEDCARE | 73.43 | | | |
| 7/14/23 | Regular | 0.00 | 5,468.75 | 5,468.75 | FED FIT | 814.38 | ADP RS employee before-tax % | 710.93 | 3,525.08 |
| | | | | | FED SOCSEC | 339.06 | | | DD |
| | | | | | FED MEDCARE | 79.30 | | | |
| **Employee Totals:** | Regular | 0.00 | 122,135.44 | 122,135.44 | FED FIT | 17,927.65 | ADP RS employee before-tax % | 15,410.61 | 75,288.24 |
| | Expense reimbursement non-taxable | 0.00 | 23.00 | | FED SOCSEC | 4,187.95 | ADP RS employer match | 1,000.00 | |
| | Restricted Stock* | 0.00 | 1,893.94 | | FED MEDCARE | 1,688.77 | Medical | 5,462.48 | |
| | | | | | FED MEDCARE-HI | 92.74 | HSA | 2,100.00 | |

**Employee: Robertson, Scott - Department: 5 - G&A Executive**
SSN: xxx-xx-9618

| Date | Type | Hours | Amount | Amount | Tax | Tax Amount | Deduction | Amount | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 9/30/22 | Regular | 0.00 | 7,916.67 | 7,916.67 | FED FIT | 2,012.88 | ADP RS employee before-tax % | 294.31 | 4,755.14 |
| | Restricted Stock* | 0.00 | 1,893.94 | | FED SOCSEC | 601.28 | Medical | 112.44 | DD |
| | | | | | FED MEDCARE | 140.62 | | | |
| 10/14/22 | Regular | 0.00 | 7,916.67 | 7,916.67 | FED FIT | 1,429.66 | ADP RS employee before-tax % | 237.50 | 5,540.03 |
| | | | | | FED SOCSEC | 483.87 | Medical | 112.44 | DD |
| | | | | | FED MEDCARE | 113.17 | | | |
| 10/31/22 | Regular | 0.00 | 7,916.67 | 7,916.67 | FED FIT | 1,429.66 | ADP RS employee before-tax % | 237.50 | 5,971.56 |
| | | | | | FED SOCSEC | 52.35 | Medical | 112.44 | DD |
| | | | | | FED MEDCARE | 113.16 | | | |
| 11/15/22 | Regular | 0.00 | 7,916.67 | 7,916.67 | FED FIT | 1,429.66 | ADP RS employee before-tax % | 237.50 | 6,023.91 |
| | | | | | FED MEDCARE | 113.16 | Medical | 112.44 | DD |
| 11/30/22 | Regular | 0.00 | 7,916.67 | 7,916.67 | FED FIT | 1,429.66 | ADP RS employee before-tax % | 237.50 | 6,023.91 |
| | | | | | FED MEDCARE | 113.16 | Medical | 112.44 | DD |
| 12/15/22 | Regular | 0.00 | 7,916.67 | 7,916.67 | FED FIT | 1,429.66 | ADP RS employee before-tax % | 237.50 | 6,023.91 |
| | | | | | FED MEDCARE | 113.16 | Medical | 112.44 | DD |
| 12/30/22 | Regular | 0.00 | 7,916.67 | 7,916.67 | FED FIT | 1,429.66 | ADP RS employee before-tax % | 237.50 | 6,023.91 |
| | | | | | FED MEDCARE | 113.16 | Medical | 112.44 | DD |
| 1/13/23 | Regular | 0.00 | 7,916.67 | 7,916.67 | FED FIT | 1,162.52 | ADP RS employee before-tax % | 237.50 | 4,883.69 |
| | | | | | FED SOCSEC | 421.86 | ADP RS employer match | 237.50 | DD |
| | | | | | FED MEDCARE | 98.66 | Medical | 112.44 | |
| | | | | | | | HSA | 1,000.00 | |
| 1/31/23 | Regular | 0.00 | 7,916.67 | 7,916.67 | FED FIT | 1,162.52 | ADP RS employee before-tax % | 237.50 | 4,883.69 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | FED SOCSEC | 421.86 | ADP RS employer match | 237.50 | DD |
| | | | | | FED MEDCARE | 98.66 | Medical | 112.44 | |
| | | | | | | | HSA | 1,000.00 | |
| 2/15/23 | Regular | 0.00 | 7,916.67 | 7,916.67 | FED FIT | 1,162.52 | ADP RS employee before-tax % | 237.50 | 6,971.65 |
| | Expense reimbursement non-taxable | 0.00 | 2,087.97 | | FED SOCSEC | 421.87 | ADP RS employer match | 237.50 | DD |
| | | | | | FED MEDCARE | 98.66 | Medical | 112.44 | |
| | | | | | | | HSA | 1,000.00 | |
| 2/28/23 | Regular | 0.00 | 7,916.67 | 7,916.67 | FED FIT | 1,162.52 | ADP RS employee before-tax % | 237.50 | 4,883.68 |
| | | | | | FED SOCSEC | 421.86 | ADP RS employer match | 237.50 | DD |
| | | | | | FED MEDCARE | 98.67 | Medical | 112.44 | |
| | | | | | | | HSA | 1,000.00 | |
| 3/15/23 | Regular | 0.00 | 7,916.67 | 7,916.67 | FED FIT | 1,162.52 | ADP RS employee before-tax % | 237.50 | 4,883.69 |
| | | | | | FED SOCSEC | 421.86 | ADP RS employer match | 50.00 | DD |
| | | | | | FED MEDCARE | 98.66 | Medical | 112.44 | |
| | | | | | | | HSA | 1,000.00 | |
| 3/31/23 | Regular | 0.00 | 7,916.67 | 7,916.67 | FED FIT | 1,162.52 | ADP RS employee before-tax % | 237.50 | 4,883.69 |
| | | | | | FED SOCSEC | 421.86 | Medical | 112.44 | DD |
| | | | | | FED MEDCARE | 98.66 | HSA | 1,000.00 | |
| 4/14/23 | Regular | 0.00 | 7,916.67 | 7,916.67 | FED FIT | 1,162.52 | ADP RS employee before-tax % | 237.50 | 4,883.68 |
| | | | | | FED SOCSEC | 421.87 | Medical | 112.44 | DD |
| | | | | | FED MEDCARE | 98.66 | HSA | 1,000.00 | |
| 4/28/23 | Regular | 0.00 | 7,916.67 | 7,916.67 | FED FIT | 1,222.52 | ADP RS employee before-tax % | 237.50 | 5,054.56 |
| | | | | | FED SOCSEC | 437.36 | Medical | 112.44 | DD |
| | | | | | FED MEDCARE | 102.29 | HSA | 750.00 | |
| 5/15/23 | Regular | 0.00 | 7,916.67 | 7,916.67 | FED FIT | 1,402.52 | ADP RS employee before-tax % | 237.50 | 5,567.19 |
| | | | | | FED SOCSEC | 483.86 | Medical | 112.44 | DD |
| | | | | | FED MEDCARE | 113.16 | | | |
| 5/31/23 | Regular | 0.00 | 7,916.67 | 7,916.67 | FED FIT | 1,402.52 | ADP RS employee before-tax % | 237.50 | 5,567.19 |
| | | | | | FED SOCSEC | 483.86 | Medical | 112.44 | DD |
| | | | | | FED MEDCARE | 113.16 | | | |
| 6/15/23 | Regular | 0.00 | 7,916.67 | 7,916.67 | FED FIT | 1,371.85 | ADP RS employee before-tax % | 237.50 | 5,479.84 |
| | | | | | FED SOCSEC | 475.94 | Medical | 240.23 | DD |
| | | | | | FED MEDCARE | 111.31 | | | |
| 6/30/23 | Regular | 0.00 | 7,916.67 | 7,916.67 | FED FIT | 1,371.85 | ADP RS employee before-tax % | 237.50 | 5,479.84 |
| | | | | | FED SOCSEC | 475.94 | Medical | 240.23 | DD |
| | | | | | FED MEDCARE | 111.31 | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/14/23 | Regular | | 0.00 | 7,916.67 | 7,916.67 | FED FIT | 1,371.85 | ADP RS employee before-tax % | 237.50 | 5,479.85 |
| | | | | | | FED SOCSEC | 475.94 | Medical | 240.23 | DD |
| | | | | | | FED MEDCARE | 111.30 | | | |
| 7/31/23 | Regular | | 0.00 | 7,916.67 | 7,916.67 | FED FIT | 1,371.85 | ADP RS employee before-tax % | 237.50 | 6,983.05 |
| | Expense reimbursement non-taxable | | 0.00 | 1,503.21 | | FED SOCSEC | 475.94 | Medical | 240.23 | DD |
| | | | | | | FED MEDCARE | 111.31 | | | |
| 8/15/23 | Regular | | 0.00 | 7,916.67 | 7,916.67 | FED FIT | 1,371.85 | ADP RS employee before-tax % | 237.50 | 5,820.14 |
| | Expense reimbursement non-taxable | | 0.00 | 340.30 | | FED SOCSEC | 475.94 | Medical | 240.23 | DD |
| | | | | | | FED MEDCARE | 111.31 | | | |
| 8/31/23 | Regular | | 0.00 | 7,916.67 | 7,916.67 | FED FIT | 1,371.85 | ADP RS employee before-tax % | 237.50 | 5,479.84 |
| | | | | | | FED SOCSEC | 475.94 | Medical | 240.23 | DD |
| | | | | | | FED MEDCARE | 111.31 | | | |
| 9/15/23 | Regular | | 0.00 | 7,916.67 | 7,916.67 | FED FIT | 1,371.85 | ADP RS employee before-tax % | 237.50 | 5,712.43 |
| | Expense reimbursement non-taxable | | 0.00 | 232.59 | | FED SOCSEC | 475.94 | Medical | 240.23 | DD |
| | | | | | | FED MEDCARE | 111.31 | | | |
| 9/29/23 | Regular | | 0.00 | 7,916.67 | 7,916.67 | FED FIT | 1,371.85 | ADP RS employee before-tax % | 237.50 | 5,479.84 |
| | | | | | | FED SOCSEC | 475.94 | Medical | 240.23 | DD |
| | | | | | | FED MEDCARE | 111.31 | | | |
| **Employee Totals:** | Regular | | 0.00 | 197,916.75 | 197,916.75 | FED FIT | 33,730.84 | ADP RS employee before-tax % | 5,994.31 | 138,739.91 |
| | Expense reimbursement non-taxable | | 0.00 | 4,164.07 | | FED SOCSEC | 9,303.14 | ADP RS employer match | 1,000.00 | |
| | Restricted Stock* | | 0.00 | 1,893.94 | | FED MEDCARE | 2,729.30 | Medical | 3,833.32 | |
| | | | | | | | | HSA | 7,750.00 | |

Company: Zip Top Inc    Report: Earnings Record    Check Dates From: 9/30/2022    To: 9/29/2023

| Check Date | Earnings | Rate | Hours | Amount | Gross | Federal Taxes | | State/Local Taxes | Deductions | | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Employee: Robertson, Melissa A - Department: 2 - Customer Service**
SSN: xxx-xx-9162

| Check Date | Earnings | Rate | Hours | Amount | Gross | Federal Taxes | | State/Local Taxes | Deductions | | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/30/22 | Regular | | 0.00 | 2000.00 | 2000.00 | FED FIT | 159.49 | | ADP RS employee before-tax % | 60.00 | 1627.51 |
| | | | | | | FED SOCSEC | 124.00 | | ADP RS employer match | 40.00 | DD |
| | | | | | | FED MEDCARE | 29.00 | | | | |
| 10/14/22 | Regular | | 0.00 | 2000.00 | 2000.00 | FED FIT | 159.49 | | ADP RS employee before-tax % | 60.00 | 1627.51 |
| | | | | | | FED SOCSEC | 124.00 | | | | DD |
| | | | | | | FED MEDCARE | 29.00 | | | | |
| 10/31/22 | Regular | | 0.00 | 2000.00 | 2000.00 | FED FIT | 159.49 | | ADP RS employee before-tax % | 60.00 | 2918.78 |
| | Expense reimbursement non-taxable | | 0.00 | 1291.27 | | FED SOCSEC | 124.00 | | | | DD |
| | | | | | | FED MEDCARE | 29.00 | | | | |
| 11/15/22 | Regular | | 0.00 | 2000.00 | 2000.00 | FED FIT | 159.49 | | ADP RS employee before-tax % | 60.00 | 1627.51 |
| | | | | | | FED SOCSEC | 124.00 | | | | DD |
| | | | | | | FED MEDCARE | 29.00 | | | | |
| 11/30/22 | Regular | | 0.00 | 2000.00 | 2000.00 | FED FIT | 159.49 | | ADP RS employee before-tax % | 60.00 | 1627.51 |
| | | | | | | FED SOCSEC | 124.00 | | | | DD |
| | | | | | | FED MEDCARE | 29.00 | | | | |
| 12/15/22 | Regular | | 0.00 | 2000.00 | 2000.00 | FED FIT | 159.49 | | ADP RS employee before-tax % | 60.00 | 1627.51 |
| | | | | | | FED SOCSEC | 124.00 | | | | DD |
| | | | | | | FED MEDCARE | 29.00 | | | | |
| 12/30/22 | Regular | | 0.00 | 2000.00 | 2000.00 | FED FIT | 159.49 | | ADP RS employee before-tax % | 60.00 | 1627.51 |
| | | | | | | FED SOCSEC | 124.00 | | | | DD |
| | | | | | | FED MEDCARE | 29.00 | | | | |
| 1/13/23 | Regular | | 0.00 | 2000.00 | 2000.00 | FED FIT | 154.38 | | ADP RS employee before-tax % | 60.00 | 1632.62 |
| | | | | | | FED SOCSEC | 124.00 | | ADP RS employer match | 60.00 | DD |
| | | | | | | FED MEDCARE | 29.00 | | | | |
| 1/31/23 | Regular | | 0.00 | 2000.00 | 2000.00 | FED FIT | 154.38 | | ADP RS employee before-tax % | 60.00 | 1632.62 |
| | | | | | | FED SOCSEC | 124.00 | | ADP RS employer match | 60.00 | DD |
| | | | | | | FED MEDCARE | 29.00 | | | | |
| 2/15/23 | Regular | | 0.00 | 2000.00 | 2000.00 | FED FIT | 154.38 | | ADP RS employee before-tax % | 60.00 | 1632.62 |
| | | | | | | FED SOCSEC | 124.00 | | ADP RS employer match | 60.00 | DD |
| | | | | | | FED MEDCARE | 29.00 | | | | |
| 2/28/23 | Regular | | 0.00 | 2000.00 | 2000.00 | FED FIT | 154.38 | | ADP RS employee before-tax % | 60.00 | 1632.62 |
| | | | | | | FED SOCSEC | 124.00 | | ADP RS employer match | 60.00 | DD |
| | | | | | | FED MEDCARE | 29.00 | | | | |
| 3/15/23 | Regular | | 0.00 | 2000.00 | 2000.00 | FED FIT | 154.38 | | ADP RS employee before-tax % | 60.00 | 1632.62 |
| | | | | | | FED SOCSEC | 124.00 | | ADP RS employer match | 60.00 | DD |
| | | | | | | FED MEDCARE | 29.00 | | | | |
| 3/31/23 | Regular | | 0.00 | 2000.00 | 2000.00 | FED FIT | 154.38 | | ADP RS employee before-tax % | 60.00 | 1632.62 |

| Date | Type | | | | Tax | Amount | Deduction | Amount | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | FED SOCSEC | 124.00 | ADP RS employer match | 60.00 | DD |
| | | | | | FED MEDCARE | 29.00 | | | |
| 4/14/23 | Regular | 0.00 | 2000.00 | 2000.00 | FED FIT | 154.38 | ADP RS employee before-tax % | 60.00 | 1632.62 |
| | | | | | FED SOCSEC | 124.00 | ADP RS employer match | 60.00 | DD |
| | | | | | FED MEDCARE | 29.00 | | | |
| 4/28/23 | Regular | 0.00 | 2000.00 | 2000.00 | FED FIT | 154.38 | ADP RS employee before-tax % | 60.00 | 1632.62 |
| | | | | | FED SOCSEC | 124.00 | ADP RS employer match | 60.00 | DD |
| | | | | | FED MEDCARE | 29.00 | | | |
| 5/15/23 | Regular | 0.00 | 2000.00 | 2000.00 | FED FIT | 154.38 | ADP RS employee before-tax % | 60.00 | 1632.62 |
| | | | | | FED SOCSEC | 124.00 | ADP RS employer match | 60.00 | DD |
| | | | | | FED MEDCARE | 29.00 | | | |
| 5/31/23 | Regular | 0.00 | 2000.00 | 2000.00 | FED FIT | 154.38 | ADP RS employee before-tax % | 60.00 | 1632.62 |
| | | | | | FED SOCSEC | 124.00 | ADP RS employer match | 60.00 | DD |
| | | | | | FED MEDCARE | 29.00 | | | |
| 6/15/23 | Regular | 0.00 | 2000.00 | 2000.00 | FED FIT | 154.38 | ADP RS employee before-tax % | 60.00 | 1632.62 |
| | | | | | FED SOCSEC | 124.00 | ADP RS employer match | 60.00 | DD |
| | | | | | FED MEDCARE | 29.00 | | | |
| 6/30/23 | Regular | 0.00 | 2000.00 | 2000.00 | FED FIT | 154.38 | ADP RS employee before-tax % | 60.00 | 1632.62 |
| | | | | | FED SOCSEC | 124.00 | ADP RS employer match | 60.00 | DD |
| | | | | | FED MEDCARE | 29.00 | | | |
| 7/14/23 | Regular | 0.00 | 2000.00 | 2000.00 | FED FIT | 154.38 | ADP RS employee before-tax % | 60.00 | 1632.62 |
| | | | | | FED SOCSEC | 124.00 | ADP RS employer match | 60.00 | DD |
| | | | | | FED MEDCARE | 29.00 | | | |
| 7/31/23 | Regular | 0.00 | 2000.00 | 2000.00 | FED FIT | 154.38 | ADP RS employee before-tax % | 60.00 | 1921.87 |
| | Expense reimbursement non-taxable | 0.00 | 289.25 | | FED SOCSEC | 124.00 | ADP RS employer match | 60.00 | DD |
| | | | | | FED MEDCARE | 29.00 | | | |
| 8/15/23 | Regular | 0.00 | 2000.00 | 2000.00 | FED FIT | 154.38 | ADP RS employee before-tax % | 60.00 | 1674.72 |
| | Expense reimbursement non-taxable | 0.00 | 42.10 | | FED SOCSEC | 124.00 | ADP RS employer match | 60.00 | DD |
| | | | | | FED MEDCARE | 29.00 | | | |
| 8/31/23 | Regular | 0.00 | 2000.00 | 2000.00 | FED FIT | 154.38 | ADP RS employee before-tax % | 60.00 | 1632.62 |
| | | | | | FED SOCSEC | 124.00 | ADP RS employer match | 60.00 | DD |
| | | | | | FED MEDCARE | 29.00 | | | |
| 9/15/23 | Regular | 0.00 | 2000.00 | 2000.00 | FED FIT | 154.38 | ADP RS employee before-tax % | 60.00 | 1632.62 |
| | | | | | FED SOCSEC | 124.00 | ADP RS employer match | 40.00 | DD |
| | | | | | FED MEDCARE | 29.00 | | | |
| 9/29/23 | Regular | 0.00 | 2000.00 | 2000.00 | FED FIT | 154.38 | ADP RS employee before-tax % | 60.00 | 1632.62 |
| | | | | | FED SOCSEC | 124.00 | | | DD |
| | | | | | FED MEDCARE | 29.00 | | | |
| **Employee Totals:** | Regular | 0.00 | 50000.00 | 50000.00 | FED FIT | 3895.27 | ADP RS employee before-tax % | 1500.00 | 42402.35 |
| | Expense reimbursement non-taxable | 0.00 | 1622.62 | | FED SOCSEC | 3100.00 | ADP RS employer match | 1040.00 | |
| | | | | | FED MEDCARE | 725.00 | | | |